**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAR-JAC POULTRY, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 03-2422 (RMC)** |
| **RITA KATZ, et al.,** | ) | **<u>FILED UNDER SEAL</u>** |
| **Defendants.** | ) | |

**DR. M. YAQUB MIRZA'S DEPOSITION QUESTIONS AND RESPONSES AND REQUEST FOR STATUS CONFERENCE**

Pursuant to the Court's May 22, 2009 Order and October 21, 2009 Minute Order, Defendants CBS Broadcasting Inc., Rita Katz, the SITE Institute, and IG, LLC hereby submit the deposition questions propounded to Dr. M. Yaqub Mirza, along with the exhibits attached thereto, and Dr. Mirza's objections and responses to those questions, as listed below:

Attachment A: Defendants' Written Deposition Questions to Dr. M. Yaqub Mirza

Attachment B: Exhibits to Defendants' Written Deposition Questions to Dr. M. Yaqub Mirza

Attachment C: Plaintiff's Written Deposition Questions to Dr. M. Yaqub Mirza and Objections to Defendants' Initial Questions

Attachment D: Defendants' Additional Deposition Questions to Dr. M. Yaqub Mirza and Objections to Plaintiff's Questions

Attachment E: Plaintiff's Objections to Defendants' Additional Deposition Questions

Attachment F: Letter from D. Marino to B. Simon dated November 9, 2009

Attachment G: Objections and Responses to Written Deposition Questions to Dr. M. Yaqub Mirza

Defendants also request that the Court schedule a status conference in this case at the Court's earliest convenience.

Dated: November 12, 2009

Respectfully Submitted,

/s/ Lee Levine
Lee Levine (D.C. Bar No. 343095)
Gayle Sproul (D.C. Bar No. 495965)
Thomas Curley (D.C. Bar No. 473798)
Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, NW, Suite 800
Washington, D.C. 20036-5514
(202) 508-1100
(202) 861-9888 fax

*Attorneys for Defendant CBS Broadcasting Inc.*

/s/ Laura Handman
Laura R. Handman (D.C. Bar No. 444386)
Amber L. Husbands (D.C. Bar No. 481565)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006-3402
(202) 973-4200
(202) 973-4499 fax

*Attorneys for Defendants Rita Katz, the SITE Institute, and IG, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2009, I caused a copy of the foregoing, along with electronic copies of the attachments thereto, to be served on the following counsel by Federal Express, next-day delivery:

Lynne A. Bernabei, Esq.
Alan R. Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, NW
Washington, D.C. 20009

John J. Walsh, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005

Wilmer Parker, III, Esq.
Maloy Jenkins Parker
75 Fourteenth Street
Suite 2500
Atlanta, Georgia 30309

Nancy Luque, Esq.
Luque Geragos & Marino LLP
910 17th Street, NW
Suite 800
Washington, D.C. 20006

Barry Simon, Esq.
Tobin Romero, Esq.
Williams & Connolly LLP
725 12th Street, NW
Washington, D.C. 20005

/s/ Amber L. Husbands
Amber L. Husbands