**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAR-JAC POULTRY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **<u>TO BE FILED UNDER SEAL</u>** |
| | ) | |
| **v.** | ) | **Case No. 03-2422 (RMC)** |
| | ) | |
| **RITA KATZ, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DR. M. YAQUB MIRZA'S DEPOSITION QUESTIONS AND RESPONSES AND REQUEST FOR STATUS CONFERENCE**

# ATTACHMENT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAR-JAC POULTRY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **<u>TO BE FILED UNDER SEAL</u>** |
| **v.** | ) | |
| | ) | **Case No. 03-2422 (RMC)** |
| **RITA KATZ, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**WRITTEN DEPOSITION QUESTIONS TO**
**DR. M. YAQUB MIRZA BY PLAINTIFF AND**
**OBJECTIONS TO DEFENDANTS' INITIAL QUESTIONS**

**Maloy Jenkins Parker**
Wilmer Parker
*Admitted pro hac vice* (Ga. Bar No. 563550)
75 Fourteenth Street
25th Floor
Atlanta, Georgia 30309
404-875-2700/404-875-8757 (facsimile)
parker@mjplawyers.com
*Attorney for Mar-Jac Poultry, Inc.*

**Luque Geragos Marino LLP**
Nancy Luque
D.C. Bar No. 419757
Daniel Marino
D.C. Bar No. 416711
910 17th Street, N.W., Suite 800
Washington, D.C. 20006
202-223-8888/202-223-8677 (facsimile)
nluque@luquegeragos.com
dmarino@luquegeragos.com
*Attorneys for Mar-Jac Poultry, Inc.*

**Bernabei & Wachtel, PLLC**
Lynne Bernabei
D.C. Bar No. 938936
Alan Kabat
D.C. Bar No. 464258
1775 T Street, N.W.
Washington, D.C. 20009
202-745-1942/202-745-2627 (facsimile)
bernabei@bernabeipllc.com
kabat@bernabeipllc.com
*Attorneys for Mar-Jac Poultry, Inc.*

**Carter Ledyard & Milburn LLP**
John J. Walsh
*Admitted pro hac vice*
2 Wall Street
New York, NY 10005
212-238-8849/212-732-3232 (facsimile)
walsh@clm.com
*Attorney for Mar-Jac Poultry, Inc.*

## I. General Objections to Defendants' Initial Questions

Plaintiff objects to each question to the extent that it recites any out-of-court statement which is offered for the truth of the matter asserted in any such statement.

Plaintiff further objects to any question to the extent that it calls for the revelation of any attorney-client privileged communication.

Plaintiff reserves the right to submit further objections to the admission of any question and/or response in connection with any motion, hearing or trial relating to this matter.

## II. Specific Objections to Defendants' Initial Questions

### A. Kane Affidavit and Other U.S. Government Document Questions

As to questions numbered 30, 35, 52, 53, 54, 67, 70, 71, 72, 73, 75, 77, 80, 83, 131, 137, 147, 148, 149, 154, 176, 177, 216, 218, 222, 227, 230, 231, 232, 233, 234, 240, 242, 243, 244, 246, 249, 250, 254, 266, 271, 307, 308, 310, 315, 326, 332, 337, 339, 352, 353, 354, 363, 365, 369, 370, 372, 381, 383, 401, 429, 430, 438, 492, 497, 498, 537, 545, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 589, 590, 592, 593, 594, 595, 596, 600, 601, 608, 609, 610, 611, 612, 613, 614, 615, 616, Plaintiff objects to the form; objects to multiple degrees of hearsay within the questions; objects to the questions being vague and ambiguous; objects to the questions being compound, complex and prolix; objects to the questions being premised on alleged facts not in evidence; objects as to the questions being argumentative and lacking in any foundation; and objects to the questions as not being relevant.

### B. News Publication Questions

As to questions numbered 247, 248, 373, 374, 375, 376, 583, 584, 585, 586, 598, 602, 603, 604, 605, Plaintiff objects to the form; objects to multiple degrees of hearsay within the questions; objects to the questions being vague and ambiguous; objects to the questions being compound, complex and prolix; objects to the questions being premised on alleged facts not in evidence; objects as to the questions being argumentative and lacking in any foundation; and objects to the questions as not being relevant.

C. Defendant Charts

As to questions numbers 150, 377, 394, 420, 450, 470, 546, 561, 578, 579, 602, 617, 619, Plaintiff objects to the form; objects to multiple degrees of hearsay within the questions; objects to the questions being vague and ambiguous; objects to the questions being compound, complex and prolix; objects to the questions being premised on alleged facts not in evidence; objects as to the questions being argumentative and lacking in any foundation; and objects to the questions as not being relevant.

D. IRS Form 990 Tax Return Questions

As to questions 11, 12, 93, 94, 95, 96, 99, 100, 101, 102, 107, 118, 119, 120, 121, 122, 123, 129, 130, 131, 132, 133, 134, 135, 141, 142, 143, 144, 145, 146, 160, 161, 162, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 178, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 195, 196, 197, 198, 200, 201, 224,

235, 251, 254, 273, 290, 296, 321, 322, 324, 325, 328, 329, 335, 336, 338, 343, 344, 347, 348, 360, 368, Plaintiff objects to the form; objects to multiple degrees of hearsay within the questions; objects to the questions being vague and ambiguous; objects to the questions being compound, complex and prolix; objects to the questions being premised on alleged facts not in evidence; objects as to the questions being argumentative and lacking in any foundation; and objects to the questions as not being relevant.

## PLAINTIFF'S QUESTIONS

**I.** In any of your activities, or the activities of Mar-Jac Poultry, Inc. of which you are aware, was it ever your intention, or understanding, that any money from Mar-Jac Poultry, Inc. would be or was used to support, in any way, Al-Qaeda, Hamas or the Palestine Islamic Jihad?

**II.** In any of your activities, or the activities of Mar-Jac Poultry, Inc. of which you are aware, did you then, or do you now, have any reason to believe that Mar-Jac Poultry, Inc. had any involvement in supporting, in any way, Al-Qaeda, Hamas or the Palestine Islamic Jihad?

**III.** In any of your activities, or the activities of Mar-Jac Poultry, Inc. did you, or anyone else of whom you are aware, make any effort to hide or make it difficult to trace any donations, transfers of money or other transactions involving Mar-Jac Poultry, Inc. or any organization to which it made any donations?

**IV.** In any of your activities, or the activities of Mar-Jac Poultry, Inc. or any other organization with any ties to Mar-Jac Poultry, Inc., did it ever come to your attention that either Mar-Jac Poultry, Inc. or any organizations with which it had any ties, had or have any association, financial or otherwise, with Al-Qaeda, Hamas or the Palestine Islamic Jihad?

## V. DOMESTIC/FOR-PROFIT ENTITIES

MAR-JAC, INC., MAR-JAC HOLDINGS, AND MAR-JAC POULTRY, INC.

1. Regarding questions numbered 15, 16, 17, 18, 19, 20, 21, 23, 24, 25, 26, 27, 28, 29, 31, 32 and 35 do you know of other persons who can answer these questions?

2. If so, as to each question, who can answer the question?

MAR-JAC INVESTMENTS, INC.

3. Regarding questions numbered 36, 37, 38, and 39 do you know of any other person(s) who can answer the questions?

4. If so, as to each question, who can answer the question?

MENA CORPORATION

5. Regarding questions numbered 41, 42, 43, 44, 45, 46, and 47 do you know of any other persons who can answer these questions?

6. If so, as to each question, who can answer the question?

MENA INVESTMENTS

7. Regarding questions numbered 48, 49, 50, and 51 do you know of any other persons who can answer these questions?

8. If so, as to each question, who can answer the question?

GROVE CORPORATE PLAZA, INC.

9. Regarding questions numbered 52 and 53 do you know of any other persons who can answer these questions?

10. If so, as to each question, who can answer the question?

ARADI, INC.

11. Regarding questions numbered 54 and 55 do you know of any other persons who can answer the question?

12. If so, as to each question, who can answer the question?

## VI. OFFSHORE ENTITIES

YORK INTERNATIONAL TRUST

13. Regarding questions numbered 73 and 74 do you know of any other persons who can answer the question?

14. If so, as to each question, who can answer the question?

HUMANA CHARITABLE TRUST

15. Regarding questions numbered 75, 76, 77, 78, and 80 do you know of any other persons who can answer the question?

16. If so, as to each question, who can answer the question?

KEY OVERSEAS, INC.

17. Regarding questions numbered 87, 88, 89, and 90 do you know of any other persons who can answer the question?

18. If so, as to each question, who can answer the question?

## VII. CHARITIES/NON-PROFITS

SAAR FOUNDATION

19. Regarding questions numbered 101, 102, 103, 104, 105, 106, 107, 108, 109, 118, 111, 112, 113, 114, 115, 116, 117 and 118 do you know of any other persons who can answer the question?

20. If so, as to each question, who can answer the question?

SAFA TRUST, INC.

21. Regarding questions numbered 119, 122, 123, 126 do you know of any other persons who can answer the question?

22. If so, as to each question, who can answer the question?

STERLING CHARITABLE GIFT FUND

23. Regarding questions numbered 134 and 135 do you know of any other person(s) who can answer the question?

24. If so, as to each question, who can answer the question?

YORK FOUNDATION

25. Regarding questions numbered 144 and 145 do you know of any other person(s) who can answer the question?

26. If so, as to each question, who can answer the question?

INTERNATIONAL INSTITUTE OF ISLAMIC THOUGHT

27. Regarding question numbered 146 do you know of any other person(s) who can answer the question?

28. If so, who can answer the question?

**VIII. OWNERSHIP OF MAR-JAC-RELATED ENTITIES**

29. Regarding questions numbered 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 168, 171, 172, 174, 175, 176, 178, 180, 184 do you know of any other person(s) who can answer the question?

30. If so, as to each question, who can answer the question?

**IX. FINANCING OF MAR-JAC RELATED ENTITIES**

31. Regarding questions numbered 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201 do you know of any other person(s) who can answer the question?

32. If so, as to each question, who can answer the question?

**X. DONATIONS**

33. Regarding questions numbered 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234 do you know of any other person(s) who can answer the question?

34. If so, as to each question, who can answer the question?

INTERNATIONAL INSTITUTE OF ISLAMIC THOUGHT

35. Regarding questions numbered 235, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258 do you know of any other person(s) who can answer the question?

36. If so, as to each question, who can answer the question?

AMERICAN MUSLIM COUNCIL FOUNDATION

37. Regarding questions numbered 265, 266, 267, 268, 269, 270, 272, 273, 274, 275, 276, 277, 278, and 279 do you know of any other person(s) who can answer the question?

38. If so, as to each question, who can answer the question?

DAR AL HIJAH MOSQUE

39. Regarding questions numbered 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, do you know of any other person(s) who can answer the question?

40. If so, as to each question, who can answer the question?

ISLAMIC SOCIETY OF NORTH AMERICA (ISNA)

41. Regarding questions numbered 303, 305, 306, 308, 309, 311, 312, 313 do you know of any other person(s) who can answer the question?

42. If so, as to each question, who can answer the question?

NORTH AMERICAN ISLAMIC TRUST (NAIT)

43. Regarding questions numbered 316, 317, 318, 319 do you know of any other person(s) who can answer the question?

44. If so, as to each question, who can answer the question?

AFRICAN MUSLIM AGENCY

45. Regarding questions numbered 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 333 do you know of any other person(s) who can answer the question?

46. If so, as to each question, who can answer the question?

STERLING CHARITABLE GIFT FUND

47. Regarding questions numbered 334, 335, 336, 337, 338, 340, 341 do you know of any other person(s) who can answer the question?

48. If so, as to each question, who can answer the question?

YORK FOUNDATION

49. Regarding questions numbered 342, 343, 344, 345 do you know of any other persons who can answer the question?

50. If so, as to each question, who can answer the question?

SAFA TRUST

51. Regarding questions numbered 346, 347, 348, 349, 350, 351, 355, 357, 358 do you know of any other person(s) who can answer the question?

52. If so, as to each question, who can answer the question?

SAAR FOUNDATION

53. Regarding questions numbered 360, 361, 362, 366, 367, 368, 371, 372, 375, 376 do you know of any other person(s) who can answer the question?

54. If so, as to each question, who can answer the question?

**XI. DONATIONS AND LOANS**

ASSIGNMENT OF MAR-JAC LOAN PAYMENT TO SAAR

55. Regarding questions numbered 378, 380, 381, 383, 384, 385, 387, 388, 389, 391, 392, 393, 394 do you know of any other person(s) who can answer the question?

56. If so, as to each question, who can answer the question?

ASSIGNMENT OF MAR-JAC LOAN TO HUMANA CHARITABLE

57. Regarding questions numbered 396, 399, 400, 401, 402, 403, 404, 406, 407, 408, 409, 410, 414, 415, 416, 417, 418 do you know of any other person(s) who can answer the question?

58. If so, as to each question, who can answer the question?

SALE OF MAR-JAC HOLDING'S INTEREST IN STERLING TO YOUK

59. Regarding questions numbered 422, 423, 424, 425, 426, 428, 429, 430, 431, 432, 433, 434, 435, 436, 438, 439, 440, 442, 445, 446, 447, 448, 449, 450 do you know of any other person(s) who can answer the question?

60. If so, as to each question, who can answer the question?

ASSIGNMENT OF LOAN PAYMENTS TO AMTRAX HOLDINGS

61. Regarding questions numbered 451, 452, 454, 456, 460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 470 do you know of any other person(s) who can answer the question?

62. If so, as to each question, who can answer the question?

MAR-JAC PAYMENTS TO AL RAJHI COMPANY

63. Regarding questions numbered 472, 474, 478, 479, 480 do you know of any other person(s) who can answer the question?

64. If so, as to each question, who can answer the question?

MAR-JAC STOCK DIVIDEND PAYMENT

65. Regarding questions numbered 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 522, 523, 524, 525, 526, 527, 528, 529, 530, 531, 532, 533, 534, 536, 537, 538, 539, 540, 541, 542, 543, 544, 545 do you know of any other person(s) who can answer the question?

66. If so, as to each question, who can answer the question?

MAR-JAC STOCK DIVIDEND PAYMENT

67. Regarding questions numbered 547, 548, 549, 550, 551, 553, 554, 555, 558, 559, 560, 561do you know of any other person(s) who can answer the question?

68. If so, as to each question, who can answer the question?

## XII. THE CHART IN SUIT

69. Regarding questions numbered 579, 580, 581, 582, 588, 602 do you know of any other person(s) who can answer the question?

70. If so, as to each question, who can answer the question?

Dated August 11, 2009.

Respectfully submitted,

/s/Wilmer Parker

Wilmer Parker
Maloy Jenkins Parker
*Admitted pro hac vice* (Ga. Bar No. 563550)
75 Fourteenth Street
25th Floor
Atlanta, Georgia 30309
404-875-2700/404-875-8757 (facsimile)
parker@mjplawyers.com
*Attorney for Mar-Jac Poultry, Inc.*

/s/Nancy Luque

Nancy Luque
Luque Geragos Marino LLP
D.C. Bar No. 419757

Daniel Marino
Luque Geragos Marino LLP
D.C. Bar No. 416711
910 17th Street, N.W., Suite 800
Washington, D.C. 20006
202-223-8888/202-223-8677 (facsimile)
nluque@luquegeragos.com
dmarino@luquegeragos.com
*Attorneys for Mar-Jac Poultry, Inc.*

Lynne Bernabei
Bernabei & Wachtel, PLLC
D.C. Bar No. 938936

Alan Kabat
Bernabei & Wachtel, PLLC
D.C. Bar No. 464258
1775 T Street, N.W.
Washington, D.C. 20009
202-745-1942/202-745-2627 (facsimile)
bernabei@bernabeipllc.com
kabat@bernabeipllc.com
*Attorneys for Mar-Jac Poultry, Inc.*

John J. Walsh
Carter Ledyard & Milburn LLP
*Admitted pro hac vice*
2 Wall Street
New York, NY 10005
212-238-8849/212-732-3232 (facsimile)
walsh@clm.com
*Attorney for Mar-Jac Poultry, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of August 2009, a true and correct copy of the foregoing was served by hand delivery upon:

Laura R. Handman
Amber L. Husbands
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue N.W.
Suite 200
Washington, D.C. 20006-3402

/s/ Nancy Luque
Nancy Luque