**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAR-JAC POULTRY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **<u>TO BE FILED UNDER SEAL</u>** |
| | ) | |
| **v.** | ) | **Case No. 03-2422 (RMC)** |
| | ) | |
| **RITA KATZ, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DR. M. YAQUB MIRZA'S DEPOSITION QUESTIONS AND RESPONSES AND REQUEST FOR STATUS CONFERENCE**

# ATTACHMENT F

# LUQUE GERAGOS MARINO

Daniel Marino

dmarino@luquegeragos.com

November 9, 2009

By Facsimile
Barry Simon, Esq.
Williams & Connolly LLP
725 12th St., N.W.
Washington, D.C. 20005

Re: Mar-Jac Poultry, Inc. v. Katz et.al. C.A.No. 03-02422(RMC)

Dear Barry:

As you know, on August 11, 2009, Plaintiff submitted certain written deposition questions to your client, Dr. Yaqub Mirza. Defendants objected to each of those questions on various grounds. Assuming Dr. Mirza would answer the questions, on August 21, 2009, Defendants also submitted additional questions of their own, based upon hypothetical answers to Plaintiff's questions.

This is to advise you that Plaintiff is withdrawing its questions and Dr. Mirza need not answer them. Naturally, there would be no need to address the Defendants' additional questions under these circumstances. Please call me if you have any questions.

Sincerely

Daniel Marino

Cc: Laura R. Handman, Esq. (By Facsimile)
Lee Levine, Esq. (By Facsimile)