**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAR-JAC POULTRY, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 03-2422(RMC)** |
| v. | ) |
| | ) |
| **RITA KATZ, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Mar-Jac Poultry, Inc. ("Mar-Jac"), through the undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 56(a), for partial summary judgment in its favor and against Defendants Rita Katz, the Search for International Terrorist Entities ("SITE") Institute, IG, LLC, and CBS Broadcasting, Inc. with respect to the following issues raised by Counts One and/or Two of Mar-Jac's Amended Complaint (Doc. 127) asserting claims for libel and slander:  (1) that the statements made and/or published by Defendants in connection with May 4, 2003 segment of the television program *60 Minutes* entitled "Terrorist Hunter" were "of and concerning" Mar-Jac; (2) that such statements stated or implied that Mar-Jac launders money by creating false losses based on dead chickens and that such money goes to support terrorists including Osama bin Laden, and thereby conveyed a defamatory meaning about Mar-Jac to viewers of the broadcast; and (3) that such defamatory statements of and concerning Mar-Jac were and are false.

WHEREFORE, for the reasons stated herein and in the accompanying statement of material facts, the declarations of Randall A. Bruce and Joel Williams, and the memorandum of points and authorities, Mar-Jac respectfully requests that its motion be granted.

Respectfully submitted,

Dated:  July 30, 2010      /s/Tillman Finley_____
Daniel Marino (DC Bar No. 416711)
Nancy Luque (D.C. Bar No. 419757)
Tillman Finley (D.C. Bar No. 477737)
LUQUE MARINO LLP
17th Street NW, Suite 800
Washington, DC 20006

Wilmer Parker (*pro hac vice*)
MALOY JENKINS PARKER
75 14th Street, Suite 2500
Atlanta, GA  30309

John J. Walsh (*pro hac vice*)
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, NY  10005

*Counsel for the Plaintiff Mar-Jac Poultry, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2010, I caused a copy of the foregoing PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT and all attachments thereto with the exception of Exhibits B and C (which will be served via United States mail) to be served on the following counsel via the Court's electronic filing system.

**Laura Rose Handman**
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-3402

**Lee Levine**
LEVINE SULLIVAN KOCH & SCHULZ LLP
1050 Seventeenth Street, NW
Suite 800
Washington, DC 20036

**John J. Walsh**
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, NY  10005

**Wilmer Parker**
MALOY JENKINS PARKER
75 14th Street, Suite 2500
Atlanta, GA  30309

/s/Tillman Finley
TILLMAN FINLEY