**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAR-JAC POULTRY, INC.,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | )   **Case No. 03-2422(RMC)** |
| v. | ) |
| | ) |
| **RITA KATZ, et al.,** | ) |
| | ) |
|       **Defendants.** | ) |
| _____ | ) |

**MAR-JAC POULTRY, INC.'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to LCvR 7(h)(1), Plaintiff Mar-Jac Poultry, Inc. respectfully submits the following statement of material facts as to which there is no genuine dispute and which support Mar-Jac's Motion for Partial Summary Judgment.

1. Plaintiff Mar-Jac Poultry, Inc. is a fully-integrated poultry company located in Gainesville, Georgia. (Answer of Defendant CBS Broadcasting Inc. (Doc. 3) ¶¶ 1, 13; Exh. A, Declaration of Randall A. Bruce ¶ 3; Exh. B, Tr. of Deposition of Mohammad O. Ashraf at 371:9-375:7.)

2. Mar-Jac was founded in 1954 by the Marvin (*i.e.* "Mar") and Jackson (*i.e.*, "Jac") McKibbon to save local farmers the cost and burden of transporting their live chickens to sell in markets as far away as Detroit and Chicago. (Exh. A, Bruce Decl. ¶ 1.)

3. On Sunday, May 4, 2003, Defendant Rita Katz appeared on the television program *60 Minutes*, which was produced and broadcast nationwide by Defendant CBS Broadcasting, Inc. (Answer of Defendant CBS Broadcasting Inc. (Doc. 3) ¶¶ 7, 25; Answer of

Defendants Rita Katz, SITE Institute, Inc., and IG, LLC (Doc. 128) ¶ 8; Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast; Exh. D, Transcript of May 4, 2003 *60 Minutes* Broadcast.)

4. The segment featuring Defendant Katz was entitled "Terrorist Hunter." (Answer of Defendant CBS Broadcasting Inc. (Doc. 3) ¶ 7; Answer of Defendants Rita Katz, SITE Institute, Inc., and IG, LLC (Doc. 128) ¶ 8; Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast; Exh. D, Transcript of May 4, 2003 *60 Minutes* Broadcast.)

5. From at least May 4, 2003 through June 9, 2003, Defendant CBS published a purported transcript of the segment on its website, http://www.cbsnews.com. (Answer of Defendant CBS Broadcasting Inc. (Doc. 3) ¶ 7; Exh. D, Transcript of May 4, 2003 *60 Minutes* Broadcast.)

6. Defendant Katz appeared in the segment disguised and using the assumed name "Sarah." (Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast; Exh. E, Copy of Chart from May 4, 3004 *60 Minutes* Broadcast.)

7. In the segment, Defendant Katz appeared with a chart or diagram and made the following statement: "So we have here just a very simple chart of how the money flows from Saudi Arabia." (Answer of Defendant CBS Broadcasting Inc. (Doc. 3) ¶ 12; Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast.)

8. The chart includes "Mar-Jac Poultry" among a list of entities depicted as receiving money. (Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast; Exh. E, Copy of Chart from May 4, 3004 *60 Minutes* Broadcast.)

9. The chart or diagram further identifies at the bottom three entities with multiple arrows pointing in their direction. The entities listed are "Palestine Islamic Jihad," "HAMAS," and "al-Qaeda." Directly above the name "al-Qaeda" is a photograph of Osama bin Laden.

(Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast; Exh. E, Copy of Chart from May 4, 2003 *60 Minutes* Broadcast.)

10. While the camera is focused the portion of the chart or diagram where "Mar-Jac Poultry" appears, Bob Simon, Defendant CBS's agent and correspondent, then stated as follows: "One especially inventive idea the Saudis came up with, according to Sarah, was chickens. They bought a chicken farm in Georgia." (Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast; Exh. D, Transcript of May 4, 2003 *60 Minutes* Broadcast.)

11. The broadcast then showed video footage of one of Mar-Jac's trucks clearly bearing the name "Mar-Jac Poultry, Inc." and Mar-Jac's logo and a sign reading "Mar-Jac Poultry." (Answer of Defendant CBS Broadcasting Inc. (Doc. 3) ¶ 16; Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast; Exh. D, Transcript of May 4, 2003 *60 Minutes* Broadcast.)

12. Defendant Katz, appearing in front of the aforementioned diagram or chart, then made the following statements:

    Katz:    "Chicken, I see it, is the best cover for money laundering."
    Simon:    "Chicken is the best cover for money laundering?"
    Katz:    "Because chicken is one of the things that no one can really track down. If you're saying one year that you lost ten million chickens, no one can prove it, because they just died. You can't track money with chickens."

(Exh. C, Recording of May 4, 2003 *60 Minutes* Broadcast; *see also* Exh. D, Transcript of May 4, 2003 *60 Minutes* Broadcast.)

13. Every phase of Mar-Jac's production and processing of its chicken inventory is scrupulously documented. (Exh. F, Declaration of Joel Williams ¶ 35.)

14. Mar-Jac keeps detailed records of any and all chickens that die before they reach its plant for slaughter. (Exh. A, Bruce Decl. ¶¶ 6, 19-20, 28-29, 31, 44; Exh. B, Tr. of

Deposition of Mohammad O. Ashraf at 376:18-377:13; Exh. F, Williams Decl. ¶¶ 4, 12-13, 18-19, 22-24, 29, 33-36.)

15.     Every step from the pullet house to the finished product in the box has papers authenticating every step of the entire process which is further verified by on-site government officials generating their own paper work which must match up with Mar-Jac's.  (Exh. A, Bruce Decl. ¶¶ 6, 44; Exh. F, Williams Decl. ¶ 33.)

16.     Mar-Jac contracts with independent pullet farms, hen farms, and broiler farms to maintain its flocks.  Mar-Jac does not itself own or manage any chicken farms.  (Exh. A, Bruce Decl. ¶¶ 8, 9, 12, 18; Exh. F, Williams Decl. ¶¶ 3, 10-11.)

17.     Mar-Jac purchases its foundation or breeding stock of chickens from primary breeders, who deliver day-old Pullet chicks to the various independent farms with which Mar-Jac contracts.  (Exh. A, Bruce Decl. ¶ 11.)

18.     A Mar-Jac supervisor is present at the time of delivery to the Pullet farm to confirm the number of chicks.  This count is documented and confirmed by a delivery receipt and an invoice from the primary breeder.  (Exh. A, Bruce Decl. ¶ 11; Exh. F, Williams Decl. ¶ 2.)

19.     A Pullet Inventory Account is created for each new flock of birds.  (Exh. A, Bruce Decl. ¶ 11.)

20.     Mar-Jac pays 13 independent contract pullet farms to raise its chickens until they reach 21 weeks of age.  (Exh. A, Bruce Decl. ¶ 12; Exh. F, Williams Decl. ¶ 3.)

21.     Mar-Jac's independent contract pullet farms keep detailed records of feed consumption, water consumption, mortality, and any other issues associated with Mar-Jac's chickens.  (Exh. F, Williams Decl. ¶ 4.)

22. A Mar-Jac representative visits and evaluates the chickens tended by each independent contract pullet farm on a weekly basis. (Exh. F, Williams Decl. ¶ 5.)

23. At 21 weeks of age, Mar-Jac's breeding stock is moved to the next stage of production, the hen house. When they are moved, a record is made with, among other things, head counts of the birds. Those records are then transferred to the next stage in the process, the hen grower. (Exh. A, Bruce Decl. ¶ 13; Exh. F, Williams Decl. ¶ 7.)

24. Mar-Jac pays 37 independent contract farms to operate its hen growing program. (Exh. A, Bruce Decl. ¶ 18; Exh. F, Williams Decl. ¶¶ 10-11.)

25. The independent contract hen farms track mortality and daily food and water consumption and, when the hens begin to lay eggs, collect, grade, and count eggs. (Exh. F, Williams Decl. ¶¶ 8, 10-11, 15.)

26. At 25 weeks of age, Mar-Jac capitalizes its birds and sets them up on a depreciation schedule for accounting purposes. Capitalization involves another head count of Mar-Jac's birds in order to establish the input dollars to date. (Exh. A, Bruce Decl. ¶ 14; Exh. F, Williams Decl. ¶ 9.)

27. The records from the pullet flock are transferred to a Breeder Inventory Account and a Pullet Capitalization Cost report is generated. This report encompasses a count of the birds with which Mar-Jac started and which have survived to 25 weeks. (Exh. A, Bruce Decl. ¶¶ 14-15.)

28. Mortalities among the hens are recorded by the hen farm daily. (Exh. F, Williams Decl. ¶¶ 8, 12.)

29. A Mar-Jac representative visits and evaluates the flock of chickens tended by each independent contract hen farm on a weekly basis to evaluate, among other things, mortality of the birds. (Exh. A, Bruce Decl. ¶ 19; Exh. F, Williams Decl. ¶ 13.)

30. At 65 weeks of age, Mar-Jac's breeding stock is sold to Tip Top Poultry in Marietta, Georgia for slaughter. Tip Top provides Mar-Jac with count records and pays Mar-Jac for the chicken by the pound. (Exh. A, Bruce Decl. ¶ 20; Exh. F, Williams Decl. ¶ 14.)

31. When the breeder cycle is completed, a flock cost report is prepared which is based upon the number of birds capitalized at 25 weeks and the number of birds remaining at the end of the laying cycle. The ultimate cost of production is expressed in terms of "Cost per Dozen Hatching Eggs." (Exh. A, Bruce Decl. ¶ 20.)

32. When eggs are collected from a hen farm, an "egg pick up ticket" is left at the farm and sent to Mar-Jac accounting. (Exh. A, Bruce Decl. ¶ 22.)

33. The eggs collected from the hen farms are transported to a hatchery operated by Mar-Jac. Mar-Jac keeps inventory records maintaining the source of every egg in the hatchery and their stage of incubation. (Exh. A, Bruce Decl. ¶ 22; Exh. F, Williams Decl. ¶ 17.)

34. Mar-Jac pays its independent contract hen farms based upon the number of eggs that they ship to the hatchery. (Exh. A, Bruce Decl. ¶ 17; Exh. F, Williams Decl. ¶ 11.)

35. When they hatch, the chicks are counted again. (Exh. B, Tr. of Deposition of Mohammad O. Ashraf at 377:14-378:10; Exh. F, Williams Decl. ¶ 18.)

36. The chicks are sent to 153 independent contract broiler farms accompanied by records identifying their breeder source and counts per source flock. (Exh. A, Bruce Decl. ¶ 26; Exh. F, Williams Decl. ¶¶ 18, 20.)

37. The broiler farms confirm the count of chicks received and are provided with a Mortality Chart which they complete during the six-week growing cycle. (Exh. F, Williams Decl. ¶¶ 18, 20.)

38. All chicks are accounted for—to the chick—each day for accuracy. (Exh. F, Williams Decl. ¶ 19.)

39. Each monthly accounting cycle, a "Hatchery Cost Report" is prepared which documents the number of eggs picked up from the farms, the number of eggs placed in the incubators, the number of chicks hatched, and the number of chicks delivered to broiler farms. (Exh. A, Bruce Decl. ¶ 23.)

40. The independent contract broiler farms maintain records of daily mortalities, water consumption, feed consumption, and house temperatures. (Exh. F, Williams Decl. ¶¶ 22, 29.)

41. A Mar-Jac representative visits and evaluates the broiler flocks on a weekly basis and inspects the Mortality Charts and documents the progress and mortalities to date. (Exh. F, Williams Decl. ¶¶ 23, 29.)

42. When the broiler flocks are returned to Mar-Jac for slaughter and processing, the Mortality Charts are sent with them by the independent contract broiler farm. (Exh. B, Tr. of Deposition of Mohammad O. Ashraf at 377:22-378:10; Exh. F, Williams Decl. ¶¶ 24, 29.)

43. When the broiler flocks arrive at Mar-Jac's plant, a second record is tracked at the plant through line speeds to verify the trailer head counts. Any deviations in count are investigated. (Exh. B, Tr. of Deposition of Mohammad O. Ashraf at 378:11-17; Exh. F, Williams Decl. ¶ 25.)

44. Every bird processed at Mar-Jac's plant is accounted for and verified by the USDA's Federal Slaughter Inspection Service ("FSIS").  Approximately fifteen USDA inspectors are present for every shift at Mar-Jac's plant.  (Exh. B, Tr. of Deposition of Mohammad O. Ashraf at 376:5-17; Exh. F, Williams Decl. ¶¶ 31-32.)

45. Mar-Jac's contracts with its independent contract broiler farms are regulated by the USDA Grain Inspection, Packers, and Stockyards Administration ("GIPSA").  GIPSA requires that all records be transparent and that every flock and flock source be identified throughout the process.  GIPSA also audits recordkeeping and payments to contract growers.  (Exh. A, Bruce Decl. ¶ 27; Exh. F, Williams Decl. ¶¶ 30, 33.)

46. Mar-Jac pays its independent contract broiler farms by the pound received for processing.  (Exh. A, Bruce Decl. ¶ 25; Exh. F, Williams Decl. ¶ 30.)

47. Each farmer receives documentation showing the number of birds started, the number of birds processed, pounds processed, grower cost, and grower pay.  (Exh. A, Bruce Decl. ¶ 32.)

48. Live Inventory Accounts are maintained for all classes of birds and consist of individual farm records documenting the number of birds and the costs associated with them.  Mar-Jac employs extensive checks and balances throughout its accounting system to insure the accuracy of these accounts.  (Exh. A, Bruce Decl. ¶¶ 33-34.)

49. Mar-Jac is audited every year by an outside auditing firm, Frazer Frost, LLP.  (Exh. A, Bruce Decl. ¶¶ 34-35; Exh. B, Tr. of Deposition of Mohammad O. Ashraf at 379:11-380:14.)

50. As part of its audits of Mar-Jac, Frazer Frost conducts inventory observations visually confirming the number of birds on a randomly-selected sample of independent farms used by Mar-Jac. (Exh. A, Bruce Decl. ¶ 35.)

51. The Georgia Department of Agriculture regulates and inspects the mortality records, disposal procedures, and disposal facilities of Mar-Jac and all of its independent contract pullet farms, hen farms, and broiler farms. (Exh. F, Williams Decl. ¶¶ 6, 12, 22, 26-29.)

52. Mar-Jac prepares a report that provides accounting and cost information for the Broilers slaughtered. (Exh. A, Bruce Decl. ¶ 28, Exh. A.)

53. The numbers reflected on these reports are accurate and have not been overstated or manipulated in any way. (Exh. A, Bruce Decl. ¶ 29.)

54. For each of the stated fiscal years, Mar-Jac recorded the following figures regarding the mortality rates of its Broilers:

| Fiscal Year | Total Started | Total Sold | Dead Chickens (Mortality) | Mortality % |
|---|---|---|---|---|
| 90-91 | 38,867,959 | 37,589,789 | 1,278,170 | 3.29% |
| 91-92 | 45,629,102 | 44,006,816 | 1,622,286 | 3.56% |
| 92-93 | 45,004,415 | 43,459,871 | 1,544,544 | 3.43% |
| 93-94 | 45,207,875 | 43,642,310 | 1,565,565 | 3.46% |
| 94-95 | 45,144,886 | 43,774,622 | 1,370,264 | 3.04% |
| 95-96 | 45,195,274 | 43,642,945 | 1,552,329 | 3.43% |
| 96-97 | 46,331,196 | 45,290,634 | 1,040,562 | 2.25% |
| 97-98 | 45,995,445 | 44,840,218 | 1,155,227 | 2.51% |
| 98-99 | 65,169,003 | 63,477,689 | 1,691,314 | 2.60% |
| 99-00 | 66,544,375 | 65,409,823 | 1,134,552 | 1.70% |
| 00-01 | 68,349,099 | 67,031,641 | 1,317,458 | 1.93% |
| 01-02 | 88,752,104 | 87,122,722 | 1,629,382 | 1.84% |
| 02-03 | 91,600,185 | 89,389,316 | 2,210,869 | 2.41% |

| | | | |
|---|---|---|---|
| 03-04 | 97,473,835 | 95,010,198 | 2,463,637 | 2.53% |
| 04-05 | 97,802,661 | 95,416,711 | 2,385,950 | 2.44% |

(Exh. A, Bruce Decl. ¶¶ 28-31, Exh. A.)

55.     According to analyses performed by Agri Stats, Inc., Mar-Jac's recorded broiler mortality rates for the years 2000, 2001, 2002, and 2003 were 1.64%, 2.00%, 2.64%, and 2.32%, respectively.  These rates ranked first, first, eighth, and second, respectively, for each of these years among all subscribers to Agri Stats' service, which included the vast majority of all poultry companies in the United States including Tyson Foods and Purdue Farms, Inc.  (Exh. A, Bruce Decl. ¶¶ 36-42, Exhs. B, C, D, and E.)

56.     By virtue of its records and those of its independent contractor farms, Mar-Jac can identify and trace any and all chickens that die prior to slaughter.  (Exh A, Bruce Decl. ¶ 44; Exh. B, Tr. of Deposition of Mohammad O. Ashraf at 387:7-388:3; Exh. F, Williams Decl. ¶¶ 33, 35-36.)

57.     The loss of any substantial number of chickens would immediately be detected through documentation, independent growers who are only paid for live birds, outside auditors, and government regulators.  (Exh. A, Bruce Decl. ¶ 44; Exh. F, Williams Decl. ¶ 35.)

58.     Any false entries on Mar-Jac's books and records for chicken mortalities could easily be proven to be fabricated by contacting the independent growers and regulators.  (Exh. A, Bruce Decl. ¶ 44; Exh. F, Williams Decl. ¶ 36.)

59.     Never, at any time, has Mar-Jac manipulated, overstated, or otherwise altered its records of chickens that die prior to slaughter for any purpose.  (Exh. A, Bruce Decl. ¶ 45.)

60.     Never, at any time, has Mar-Jac laundered or attempted to launder money for any purpose or by any manner or means.  (Exh. A, Bruce Decl. ¶ 45; Exh. F, Williams Decl. ¶ 36.)

                                                Respectfully submitted,

Dated: July 30, 2010                    /s/Tillman Finley
                                                Daniel Marino (DC Bar No. 416711)
                                                Nancy Luque (D.C. Bar No. 419757)
                                                Tillman Finley (D.C. Bar No. 477737)
                                                LUQUE MARINO LLP
                                                17th Street NW, Suite 800
                                                Washington, DC 20006

                                                Wilmer Parker (*pro hac vice*)
                                                MALOY JENKINS PARKER
                                                75 14th Street, Suite 2500
                                                Atlanta, GA  30309

                                                John J. Walsh (*pro hac vice*)
                                                CARTER LEDYARD & MILBURN LLP
                                                Two Wall Street
                                                New York, NY  10005

                                                *Counsel for the Plaintiff Mar-Jac Poultry, Inc.*