# EXHIBIT C

## DVD WITH RECORDING OF MAY 4, 2003 *60 MINUTES* SEGMENT "TERRORIST HUNTER"

## (SUBMITTED UNDER SEPARATE COVER)