IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAR-JAC POULTRY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03-CV-2422 (RMC) |
| | ) |
| RITA KATZ, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF PUBLIC FILING OF DEFENDANTS'
SUMMARY JUDGMENT MOTION PAPERS**

Notice is hereby given that Defendants CBS Broadcasting Inc. ("CBS"), Rita Katz, the SITE Institute, and IG, LLC – with the consent of Plaintiff Mar-Jac Poultry, Inc., and all other concerned parties – have filed herewith copies of the following documents, which were previously submitted to the Court under seal pursuant to the parties' Stipulated Protective Order and the Court's July 30, 2004, Memorializing Order:

(1)   Defendants' Joint Motion for Summary Judgment, together with the Memorandum of Points and Authorities in support thereof and Statement of Undisputed Material Facts [Dkt. No. 186];

(2)   CBS's Motion for Summary Judgment, together with the Memorandum of Points and Authorities in support thereof [Dkt No. 187];

(3)   Declaration of John Rory Eastburg [Dkt. No. 186-1];

(4)     Exhibits 6-125 to the Declaration of John Rory Eastburg [Dkt. Nos. 186-7 to 186-126].

By agreement, these documents are submitted without redaction, apart from the redaction of financial accounts numbers, as required by Local Civil Rule 5.4(f)(4), in Exhibits 41, 54, 60, 79, 80, 87, 88, 92, 96, and 117 to the Declaration of John Rory Eastburg. Unredacted copies of those ten exhibits remain part of the sealed Court record.

Exhibits 1-5 to the Declaration of John Rory Eastburg [Dkt. Nos. 186-2 to 186-6] – which contain relevant portions of the deposition testimony of Mohammad Omar Ashraf, M. Yaqub Mirza, Jamal Barzinji, and Hisham Altalib – remain under seal in their entirety.

Dated:  August 12, 2010

/s/ Thomas Curley
Lee Levine (D.C. Bar No. 343095)
Gayle Sproul (D.C. Bar No. 495965)
Thomas Curley (D.C. Bar No. 473798)
John B. O'Keefe (D.C. Bar No. 974892)
Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, NW, Suite 800
Washington, D.C. 20036-5514
(202) 508-1100
(202) 861-9888 fax

*Attorneys for Defendant
CBS Broadcasting Inc.*

Respectfully submitted,

/s/ Laura Handman (by Thomas Curley)
Laura R. Handman (D.C. Bar No. 444386)
Robert Scott (D.C. Bar No. 419559)
John Rory Eastburg (D.C. Bar No. 984434)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006-3402
(202) 973-4200
(202) 973-4499 fax

*Attorneys for Defendants Rita Katz, the
SITE Institute, and IG, LLC*