## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAR-JAC POULTRY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 03-CV-2422 (RMC)** |
| | ) | |
| **RITA KATZ, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### DECLARATION OF JOHN RORY EASTBURG

I, John Rory Eastburg, pursuant to 28 U.S.C. § 1746, declare as follows:

I am an attorney at Davis Wright Tremaine LLP and represent Defendants Rita Katz, the SITE Institute, and IG, LLC in this action. I make this declaration in support of Defendants' Joint Motion for Summary Judgment and CBS Broadcasting Inc.'s Motion for Summary Judgment. I have personal knowledge of the facts contained herein.

1.    Annexed hereto as Exhibit 1 is a true and correct copy of relevant portions of the transcript of the Deposition of Mohammad Omar Ashraf in this action.

2.    Annexed hereto as Exhibit 2 is a true and correct copy of relevant portions of the Objections and Responses to Written Deposition Questions to Dr. M. Yaqub Mirza ("Mirza DWQ").

3.    Annexed hereto as Exhibit 3 is a true and correct copy of relevant portions of the transcript of the Deposition of M. Yaqub Mirza ("Mirza") in this action ("Mirza Deposition").

4.    Annexed hereto as Exhibit 4 is a true and correct copy of relevant portions of the transcript of the Deposition of Jamal Barzinji in this action.

5.      Annexed hereto as Exhibit 5 is a true and correct copy of relevant portions of the transcript of the Deposition of Hisham Altalib in this action.

6.      Annexed hereto as Exhibit 6 is a true and correct copy of Document No. MJ0013368, a record of stock sales and loans related to Mar Jac Inc., which was produced by Mar-Jac Poultry, Inc. ("Mar-Jac") in discovery in this action and introduced as Exhibit 45 to the Mirza DWQ.

7.      Annexed hereto as Exhibit 7 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of  Safa Trust Inc. for 1998, introduced as Exhibit 35 to the Mirza DWQ.

8.      Annexed hereto as Exhibit 8 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of Safa Trust Inc. for 2000, introduced as Exhibit 35 to the Mirza DWQ.

9.      Annexed hereto as Exhibit 9 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of Safa Trust Inc. for 2001, introduced as Exhibit 35 to the Mirza DWQ.

10.     Annexed hereto as Exhibit 10 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of Safa Trust Inc. for 2002, introduced as Exhibit 35 to the Mirza DWQ.

11.     Annexed hereto as Exhibit 11 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of Safa Trust Inc. for 2003, introduced as Exhibit 35 to the Mirza DWQ.

12.     Annexed hereto as Exhibit 12 is a true and correct copy of Document Nos. YM015777-015779, a report prepared by Kroll Associates, which was commissioned by and

presented to The SAAR Foundation, produced by Mirza in discovery in this action and introduced as Exhibit 118A to the Mirza Deposition.

13.     Annexed hereto as Exhibit 13 is a true and correct copy of Document Nos. YM016406-016413, a letter Mirza testified that he sent to Shaikh Sulaiman Al Rajhi's son, Abdullah, which was produced by Mirza in discovery in this action and introduced as Exhibit 132 to the Mirza Deposition.

14.     Annexed hereto as Exhibit 14 is a true and correct copy of an online catalog listing for the book *Terrorist Hunter: The Extraordinary Story of a Woman Who Went Undercover to Infiltrate the Radical Islamic Groups Operating in America*.

15.     Annexed hereto as Exhibit 15 is a true and correct copy of a federal government report regarding "Operation Green Quest," downloaded from the U.S. Customs and Border Protection's website (www.cbp.gov) on July 23, 2010.

16.     Annexed hereto as Exhibit 16 is a true and correct copy of relevant portions of an Affidavit in Support of Application for Search Warrant, executed by Senior Special Agent David Kane, filed in the U.S. District Court for the Eastern District of Virginia and introduced as Exhibit 10 to the Mirza DWQ.

17.     Annexed hereto as Exhibit 17 is a true and correct copy of the Government's Supplemental Opposition to Motion for Return of Seized Property, filed by the United States in the U.S. District Court for the Northern District of Georgia in *In re Search of Mar-Jac Poultry, Inc., Gainesville, Georgia*, Case No. 2-03-CV-232-WCO (N.D. Ga.), and introduced as Exhibit 20 to the Mirza DWQ.

18.     Annexed hereto as Exhibit 18 is a true and correct copy of a Memorandum and Points of Authority in Support of Mar-Jac Poultry, Inc.'s Motion for Return of Property, filed by

Mar-Jac in the U.S. District Court for the Northern District of Georgia in *In re Search of Mar-Jac Poultry, Inc., Gainesville, Georgia*, Case No. 2-03-CV-232-WCO (N.D. Ga.).

19.     Annexed hereto as Exhibit 19 is a true and correct copy of the Government's Opposition to Motion for Return of Seized Property, filed by the United States in the U.S. District Court for the Northern District of Georgia in *In re Search of Mar-Jac Poultry, Inc., Gainesville, Georgia*, Case No. 2-03-CV-232-WCO (N.D. Ga.).

20.     Annexed hereto as Exhibit 20 is a true and correct DVD copy of the May 4, 2003, CBS broadcast of a *60 Minutes* news report entitled "Terrorist Hunter."

21.     Annexed hereto as Exhibit 21 is a true and correct copy of a transcript of the May 4, 2003, CBS broadcast of a *60 Minutes* news report entitled "Terrorist Hunter."

22.     Annexed hereto as Exhibit 22 is a true and correct copy of the chart depicted in the May 4, 2003, CBS broadcast of a *60 Minutes* news report entitled "Terrorist Hunter," introduced as Exhibit 107 to the Mirza DWQ.

23.     Annexed hereto as Exhibit 23 is a true and correct copy of *Office of Foreign Assets Control: Additional Designations of Terrorism-Related Blocked Persons*, 67 Fed. Reg. 12644 (Mar. 19, 2002).

24.     Annexed hereto as Exhibit 24 is a true and correct copy of *Office of Foreign Assets Control: Additional Designations of Terrorism-Related Blocked Persons*, 67 Fed. Reg. 66708 (Nov. 1, 2002).

25.     Annexed hereto as Exhibit 25 is a true and correct copy of *Office of Foreign Assets Control: Recent OFAC Actions*, dated November 7, 2001, and downloaded from the Department of Treasury's website (www.treas.gov) on July 27, 2010.

26.     Annexed hereto as Exhibit 26 is a true and correct copy of a news article published in the *St. Petersburg Times* on November 21, 1995.

27.     Annexed hereto as Exhibit 27 is a true and correct copy of a Search Warrant issued on March 13, 2002, by the U.S. District Court for the Eastern District of Virginia in *In re Office Known as Suite 300 at 360 South Washington Street, Falls Church, Virginia*, Case No. 02-MG-126.

28.     Annexed hereto as Exhibit 28 is a true and correct copy of an advisory entitled *Treasury Designates Director, Branches of Charity Bankrolling Al Qaida Network*, dated August 3, 2006, and downloaded from the Department of Treasury's website (www.treas.gov) on July 27, 2010.

29.     Annexed hereto as Exhibit 29 is a true and correct copy of Executive Order No. 12947, 60 Fed. Reg. 5079 (Jan. 23, 1995).

30.     Annexed hereto as Exhibit 30 is a true and correct copy of Executive Order No. 13099, 63 Fed. Reg. 45167 (Aug. 20, 1998).

31.     Annexed hereto as Exhibit 31 is a true and correct copy of relevant portions of Plaintiff Mar-Jac Poultry, Inc.'s Answers and Objections to Defendants Rita Katz and SITE Institute, Inc.'s First Set of Interrogatories in this action.

32.     Annexed hereto as Exhibit 32 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of The SAAR Foundation Inc. for 1995, introduced as Exhibit 32 to the Mirza DWQ.

33.     Annexed hereto as Exhibit 33 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of The SAAR Foundation Inc. for 1997, introduced as Exhibit 32 to the Mirza DWQ.

34.     Annexed hereto as Exhibit 34 is a true and correct copy of Document Nos. MJ0001923-0001924, a promissory note issued by Mar-Jac Holdings and made payable to SAAR Foundation, in the amount of $1,785,000, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 65 to the Mirza DWQ.

35.     Annexed hereto as Exhibit 35 is a true and correct copy of Document No. MJ0005285, a promissory note issued by Mar-Jac Holdings, Inc. to Safa Trust, Inc. in the amount of $650,000, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 91 to the Mirza DWQ.

36.     Annexed hereto as Exhibit 36 is a true and correct copy of Document No. MJ0005284, a promissory note issued by Mar-Jac Holdings, Inc. to Mena Investments, Inc. in the amount of $350,000, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 100 to the Mirza DWQ.

37.     Annexed hereto as Exhibit 37 is a true and correct copy of Document No. MJ0001913, minutes of the October 21, 1997 meeting of Mar-Jac Holdings' Board of Directors, which were produced by Mar-Jac in discovery in this action and introduced as Exhibit 101 to the Mirza DWQ.

38.     Annexed hereto as Exhibit 38 is a true and correct copy of Document Nos. MJ0013624-0013626, a promissory note issued by Mar-Jac to Key Overseas, Inc  in the amount of $5.1 million,  which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 29 to the Mirza DWQ.

39.     Annexed hereto as Exhibit 39 is a true and correct copy of Document Nos. MJ001928-0001935, a document memorializing certain amendments to the $5.1 million

promissory note payable to Key Overseas, Inc., which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 30 to the Mirza DWQ.

40.     Annexed hereto as Exhibit 40 is a true and correct copy of Document No. MJ0011370, a memorandum from Mena Corp. to Mar-Jac, Inc., signed by Mirza,  which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 14 to the Mirza DWQ.

41.     Annexed hereto as Exhibit 41 is a true and correct copy of Document No. MJ0013369, a check from Mena Corporation, signed by Mirza, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 15 to the Mirza DWQ.

42.     Annexed hereto as Exhibit 42 is a true and correct copy of Document Nos. MJ0013621-0013623, a promissory note issued by Mar-Jac to Solmagic, S.A., signed by Mirza, in the amount of $4 million, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 31 to the Mirza DWQ.

43.     Annexed hereto as Exhibit 43 is a true and correct copy of Document Nos. YM011230-011232, an annotated news article entitled *When charity goes awry*, which was produced by Mirza in discovery in this action and introduced as Exhibit 136 to the Mirza Deposition.

44.     Annexed hereto as Exhibit 44 is a true and correct copy of Document Nos. YM023728-023733, a copy of a report prepared by Kroll Associates, which was commissioned by and presented to The SAAR Foundation, produced by Mirza in discovery in this action and introduced as Exhibit 119 to the Mirza Deposition.

45.     Annexed hereto as Exhibit 45 is a true and correct copy of Document No. MJ0004972, a letter dated February 10, 1998 to Mar-Jac Holdings, Inc. from Mena Investments,

Inc., signed by Mirza, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 102 to the Mirza DWQ.

46.     Annexed hereto as Exhibit 46 is a true and correct copy of Document No. MJ0004975, a promissory note from Mar-Jac Holdings to Mena Investments, in the amount of $350,000, which was procuced by Mar-Jac in discovery in this action and introduced as Exhibit 103 to the Mirza DWQ.

47.     Annexed hereto as Exhibit 47 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of the African Muslim Agency for 1997, introduced as Exhibit 37 to the Mirza DWQ.

48.     Annexed hereto as Exhibit 48 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of the African Muslim Agency for 2002, introduced as Exhibit 37 to the Mirza DWQ.

49.     Annexed hereto as Exhibit 49 is a true and correct copy of Document Nos. YM011731-YM011751, a financial ledger maintained on behalf of York International Trust, which was produced by Mirza in discovery in this action and introduced as Exhibit 122 to the Mirza Deposition.

50.     Annexed hereto as Exhibit 50 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of the African Muslim Agency for 1999, introduced as Exhibit 37 to the Mirza DWQ.

51.     Annexed hereto as Exhibit 51 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of the African Muslim Agency for 1998, introduced as Exhibit 37 to the Mirza DWQ.

52.     Annexed hereto as Exhibit 52 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of the African Muslim Agency for 2000, introduced as Exhibit 37 to the Mirza DWQ.

53.     Annexed hereto as Exhibit 53 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of the African Muslim Agency for 2001, introduced as Exhibit 37 to the Mirza DWQ.

54.     Annexed hereto as Exhibit 54 is a true and correct copy of Document No. MJ0011532, a July 5, 1994, facsimile sent by Mirza to Mar-Jac, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 87 to the Mirza DWQ.

55.     Annexed hereto as Exhibit 55 is a true and correct copy of Document Nos. MJ0011279, 0011304, and 0011243, financial records maintained by Mar-Jac, which were produced by Mar-Jac in dicovery in this action and introduced as Exhibit 88 to the Mirza DWQ.

56.     Annexed hereto as Exhibit 56 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of York Foundation for 1999, introduced as Exhibit 42 to the Mirza DWQ.

57.     Annexed hereto as Exhibit 57 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of York Foundation for 2004, introduced as Exhibit 42 to the Mirza DWQ.

58.     Annexed hereto as Exhibit 58 is a true and correct copy of pages from the website of the International Institute of Islamic Thought, downloaded from www.iiit.org on July 23, 2010.

59.     Annexed hereto as Exhibit 59 is a true and correct copy of Document No. MJ0024035, a letter written on behalf of Mar-Jac, Inc., which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 7 to the Mirza DWQ.

60.   Annexed hereto as Exhibit 60 is a true and correct copy of Document Nos. MJ0024026, 0024027, 0024029, and 0024034, four check requests together with four checks, issued by Mar-Jac, which were produced by Mar-Jac in discovery in this action and introduced as Exhibit 52 to the Mirza DWQ.

61.   Annexed hereto as Exhibit 61 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of Sterling Charitable Gift Fund for 2000, introduced as Exhibit 38 to the Mirza DWQ.

62.   Annexed hereto as Exhibit  62 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of Sterling Charitable Gift Fund for 2002, introduced as Exhibit 38 to the Mirza DWQ.

63.   Annexed hereto as Exhibit 63 is a true and correct copy of a List of Unindicted Co-conspirators and/or Joint Venturers filed by the United States in the U.S. District Court for the Northern District of Texas in *United States v. Holy Land Foundation for Relief and Development*, Case No. 3:04-CR-240-G (N.D. Tex.), introduced as Exhibit 60 to the Mirza DWQ.

64.   Annexed hereto as Exhibit 64 is a true and correct copy of a February 2, 1995, letter from Mary Jo White, United States Attorney for the Southern District of New York, to defense counsel in *United States v. Omar Ahmad Ali Abdel Rahman*, Case No. 93-CR-181 (S.D.N.Y.)

65.   Annexed hereto as Exhibit 65 is a true and correct copy of relevant portions of the Affidavit in Support of Criminal Complaint filed by the United States in the U.S. District Court for the Eastern District of Virginia in *United States v. Alamoudi*.

66.     Annexed hereto as Exhibit 66 is a true and correct copy of the Supplemental

Declaration in Support of Detention filed by the United States in the U.S. District Court for the

Eastern District of Virginia in *United States v. Alamoudi*, Case No. 03-1099M (E.D. Va.).

67.     Annexed hereto as Exhibit 67 is a true and correct copy of the Declaration in

Support of Detention filed by the United States in the U.S. District Court for the Eastern District

of Virginia in *United States v. Alamoudi*, Case No. 03-1009M (E.D. Va.).

68.     Annexed hereto as Exhibit 68 is a true and correct copy of the Plea Agreement (and

Statement of Facts) filed in the U.S. District Court for the Eastern District of Virginia in *United

States v. Alamoudi*, Case No. 03-513-A (E.D. Va.).

69.     Annexed hereto as Exhibit 69 is a true and correct copy of a U.S. Justice Department

advisory entitled *Abdurahman Alamoudi Sentenced to Jail in Terrorism Financing Case*, dated

October 15, 2004, downloaded from the Department of Justice's website (www.justice.gov) on

January 31, 2005, and introduced as Exhibit 57 to the Mirza DWQ.

70.     Annexed hereto as Exhibit 70 is a true and correct copy of Document No.

MJ0024216, a letter dated December 4, 1989, from the Dar Al Hijrah Mosque to Mar-Jac, which

was produced by Mar-Jac in discovery in this action and introduced as Exhibit 59 to the Mirza

DWQ.

71.     Annexed hereto as Exhibit 71 is a true and correct copy of a U.S. Treasury

Department advisory entitled *Treasury Designates Anwar Al-Aulaqi, Key Leader of Al-Qa'ida in

the Arabian Peninsula*, dated July 16, 2010, and downloaded from the Department of Treasury's

website (www.treas.gov) on July 26, 2010.

72.     Annexed hereto as Exhibit 72 is a true and correct copy of a May 14, 2010, *New York Times* biography of Anwar al-Awlaki, downloaded from www.nytimes.com on July 23, 2010.

73.     Annexed hereto as Exhibit 73 is a true and correct copy of the Government's Memorandum in Opposition to Petitioners Islamic Society of North America and North American Islamic Trust's Motion for Equitable Relief filed by the United States in the U.S. District Court for the Northern District of Texas in *United States v. Holy Land Foundation for Relief and Development*, Case No. 3:04-CR-240-P (N.D. Tex.), introduced as Exhibit 61 to the Mirza DWQ.

74.     Annexed hereto as Exhibit 74 is a true and correct copy of relevant portions of a U.S. Department of State advisory entitled *Money Laundering and Financial Crimes*, downloaded from the U.S. State Department's website (www.state.gov) on July 26, 2010.

75.     Annexed hereto as Exhibit 75 is a true and correct copy of relevant portions of a U.S. Senate Bill entitled the "Stop Tax Haven Abuse Act," downloaded from the website of Senator Carl Levin (www.levin.senate.gov) on July 26, 2010.

76.     Annexed hereto as Exhibit 76 is a true and correct copy of Document No. MJ0005799, a letter dated March 31, 1998, signed by Mirza, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 66 to the Mirza DWQ.

77.     Annexed hereto as Exhibit 77 is a true and correct copy of Document No. MJ0005770, a check request made to Mar-Jac Inc., which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 67 to the Mirza DWQ.

78.     Annexed hereto as Exhibit 78 is a true and correct copy of Document No. MJ0024395, an Assignment dated April 1, 1998, from Key Overseas, Inc. to Humana Charitable

Trust, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 71 to the Mirza DWQ.

79.    Annexed hereto as Exhibit 79 is a true and correct copy of Exhibit 42 to the Government's Supplemental Opposition to Motion for Return of Seized Property filed by the United States in the U.S. District Court for the Northern District of Georgia in *In re Search of Mar-Jac Poultry, Inc., Gainesville, Georgia*, Case No. 2-03-CV-232-WCO (N.D. Ga.), introduced as Exhibit 72 to the Mirza DWQ.

80.    Annexed hereto as Exhibit 80 is a true and correct copy of Exhibit 43 to the Government's Supplemental Opposition to Motion for Return of Seized Property filed by the United States in the U.S. District Court for the Northern District of Georgia in *In re Search of Mar-Jac Poultry, Inc., Gainesville, Georgia*, Case No. 2-03-CV-232-WCO (N.D. Ga.), introduced as Exhibit 90 to the Mirza DWQ.

81.    Annexed hereto as Exhibit 81 is a true and correct copy of Document Nos. YM016579-016582, 016583, and 016299-016300, documents received by Mirza and produced by him in discovery in this action, which were introduced as Exhibit 135 to the Mirza Deposition.

82.    Annexed hereto as Exhibit 82 is a true and correct copy of Document No. MJ0005281, a letter dated November 13, 1997, to Mar-Jac Holdings, Inc. from Safa Trust, Inc., signed by Mirza, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 92 to the Mirza DWQ.

83.    Annexed hereto as Exhibit 83 is a true and correct copy of Document No. MJ0001914, a cancelled promissory note from Mar-Jac Holdings, Inc. to Safa Trust, Inc., in the

amount of $650,000, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 93 to the Mirza DWQ.

84.     Annexed hereto as Exhibit 84 is a true and correct copy of Document No. MJ0005282, a promissory note from Mar-Jac Holdings, Inc. to York International Trust, in the amount of $650,000, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 94 to the Mirza DWQ.

85.     Annexed hereto as Exhibit 85 is a true and correct copy of Document No. MJ0004938, a document containing handwritten notes, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 95 to the Mirza DWQ.

86.     Annexed hereto as Exhibit 86 is a true and correct copy of Document No. MJ0004937, a  check request made to Mar-Jac Inc., which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 96 to the Mirza DWQ.

87.     Annexed hereto as Exhibit 87 is a true and correct copy of Document Nos. MJ0005068 and 0005069, a check endorsed by Mirza and made payable to York International Trust, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 97 to the Mirza DWQ.

88.     Annexed hereto as Exhibit 88 is a true and correct copy of Document No. MJ0001759, a letter to Mar-Jac. from York International Trust, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 98 to the Mirza DWQ.

89.     Annexed hereto as Exhibit 89 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of York Foundation for 2000, introduced as Exhibit 42 to the Mirza DWQ.

90.    Annexed hereto as Exhibit 90 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of York Foundation for 2001, introduced as Exhibit 42 to the Mirza DWQ.

91.    Annexed hereto as Exhibit 91 is a true and correct copy of Document No. MJ0006124, a letter, signed by Mirza, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 28 to the Mirza DWQ.

92.    Annexed hereto as Exhibit 92 is a true and correct copy of Document Nos. MJ0013365-0013366, a facsimile from Mirza, which was produced by Mar-Jac in discovery in this action and introduced as Exhibit 84 to the Mirza DWQ.

93.    Annexed hereto as Exhibit 93 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of Sterling Charitable Gift Fund for 2001, introduced as Exhibit 38 to the Mirza DWQ.

94.    Annexed hereto as Exhibit 94 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of The SAAR Foundation Inc. for 1993, introduced as Exhibit 32 to the Mirza DWQ.

95.    Annexed hereto as Exhibit 95 is a true and correct copy of the 2006 Plea Agreement filed in the U.S. District Court for the Middle District of Florida in *United States v. Al-Arian*, Case No. 8:03-CR77-T-30TBM (M.D. Fla.).

96.    Annexed hereto as Exhibit 96 is a true and correct copy of a check, signed by Mirza, which was introduced as Exhibit 53 to the Mirza DWQ.

97.    Annexed hereto as Exhibit 97 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of The SAAR Foundation Inc. for 1989, introduced as Exhibit 32 to the Mirza DWQ.

98.   Annexed hereto as Exhibit 98 is a true and correct copy of an October 7, 1994, letter from Muhamad Jaghlit, Executive Director, Saar Foundation, to Sami-Al-Aryan at WISE, enclosing a $10,000 check, which was introduced in evidence by the United States in *United States v. Al-Arian*, Case No. 8:03-CR77-T-30TBM (M.D. Fla.).

99.   Annexed hereto as Exhibit 99 is a true and correct copy of the May 1, 2006, transcript of the Sentencing Hearing for Sami Al-Arian in the U.S. District Court for the Middle District of Florida.

100.   Annexed hereto as Exhibit 100 is a true and correct copy of relevant portions of the U.S. Treasury Department's Office of Foreign Assets Control Specially Designated Nationals and Blocked Persons list, dated May 21, 2010, which was introduced as Exhibit 137 to the Mirza Deposition.

101.   Annexed hereto as Exhibit 101 is a true and correct copy of a U.S. Treasury Department advisory entitled *Treasury Announces Joint Action with Saudi Arabia Against Four Branches of Al-Haramain In The Fight Against Terrorist Financin*g, downloaded from the Department of Treasury's website (www.treas.gov) on July 26, 2010.

102.   Annexed hereto as Exhibit 102 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of The Saar Foundation Inc. for 1994, introduced as Exhibit 32 to the Mirza DWQ.

103.   Annexed hereto as Exhibit 103 is a true and correct copy of Document No. YM009582, an April 27, 2001 letter from the American Muslim Council to Mirza.

104.   Annexed hereto as Exhibit 104 is a true and correct copy of Document Nos. YM009608 to 009613, a letter from Sterling Management Group, Inc., signed by Mirza, to the American Muslim Council, transmitting forms to be executed by the members of its Board.

105.   Annexed hereto as Exhibit 105 is a true and correct copy of Document Nos. YM016138 to 016153, a document entitled *Report on Saar Foundation Objectives and Charitable Activities Presented to the Board of Trustees March 1989*, prepared by SAAR Foundation, which was produced by Mirza in discovery in this action and introduced as Exhibit 120 to the Mirza Deposition.

106.   Annexed hereto as Exhibit 106 is a true and correct copy of relevant portions of a U.S. Treasury Department document entitled *Key Issues – Protecting Charitable Organizations*, downloaded from the Department of Treasury's website (www.treas.gov) on July 23, 2010.

107.   Annexed hereto as Exhibit 107 is a true and correct copy of a U.S. Justice Department advisory entitled *Holy Land Foundation, Leaders, Accused of Providing Material Support to HAMAS Terrorist Organization*, downloaded from the Department of Justice's website (www.justice.gov) on July 23, 2010.

108.   Annexed hereto as Exhibit 108 is a true and correct copy of a U.S. Justice Department advisory entitled *Federal Jury in Dallas Convicts Holy Land Foundation and Its Leaders for Providing Material Support to HAMAS Terrorist Organization*, downloaded from the Department of Justice's website (www.justice.gov) on July 23, 2010.

109.   Annexed hereto as Exhibit 109 is a true and correct copy of Document No. YM014067, a letter from Islamic American Relief Agency to the York Foundation, which was produced by Mirza in discovery in this action and introduced as Exhibit 128 to the Mirza Deposition.

110.   Annexed hereto as Exhibit 110 is a true and correct copy of an October 13, 2004, U.S. Treasury Department press release entitled *Treasury Designates Global Network, Senior*

*Officials of IARA for Supporting bin Laden, Others*, downloaded from the Department of Treasury's website (www.treas.gov) on July 23, 2010.

111.   Annexed hereto as Exhibit 111 is a true and correct copy of a March 7, 2007, U.S. Justice Department advisory entitled *Islamic Charity and Five Individuals Indicted for Money Laundering, Theft of Public Funds, Iraqi Sanctions Violations and Obstructing Tax Laws*, downloaded from the Department of Justice's website (www.justice.gov) on July 23, 2010.

112.   Annexed hereto as Exhibit 112 is a true and correct copy of Document No. YM014085, a letter from the Islamic Society of North America to Mirza at Sterling Charitable Gift Fund, containing Mirza's handwriting, which was produced by him in discovery in this action and introduced as Exhibit 139 to the Mirza Deposition.

113.   Annexed hereto as Exhibit 113 is a true and correct copy of an August 29, 2002 U.S. Treasury Department advisory entitled *The United States and Italy Designate Twenty-Five New Financiers of Terror*, downloaded from the Department of Treasury's website (www.treas.gov) on July 26, 2010.

114.   Annexed hereto as Exhibit 114 is a true and correct copy of relevant portions of the IRS Form 990 filed on behalf of Success Foundation, Inc. for 1999.

115.   Annexed hereto as Exhibit 115 is a true and correct copy of Document No. YM016879, a September 9, 1998, memorandum from Abdullah Bin Saleh Al Obaid, Secretary-General of the Muslim World League to Mirza at Sana Bell, Inc., which was was produced by him in discovery in this action.

116.   Annexed hereto as Exhibit 116 is a true and correct copy of Mar-Jac Poultry, Inc.'s Motion for Return of Property, filed by Mar-Jac in the U.S. District Court for the Northern

District of Georgia in *In re Search of Mar-Jac Poultry, Inc., Gainesville, Georgia*, Case No. 2-03-MI-12 (N.D. Ga.).

117.   Annexed hereto as Exhibit 117 is a true and correct copy of Mar-Jac Poultry, Inc.'s Reply to Government's Opposition to Motion for Return of Seized Property, filed by Mar-Jac in the U.S. District Court for the Northern District of Georgia in *In re Search of Mar-Jac Poultry, Inc., Gainesville, Georgia*, Case No. 2-03-CV-232-WCO (N.D. Ga.).

118.   Annexed hereto as Exhibit 118 is a true and correct copy of a May 5, 2004, Order of the U.S. District Court for the Northern District of Georgia in *Mar-Jac Poultry, Inc. v. United States*, Case No. 2:03-cv-232-WCO (N.D. Ga.).

119.   Annexed hereto as Exhibit 119 is a true and correct copy of a May 17, 2004, Order of the U.S. District Court for the Northern District of Georgia in *Mar-Jac Poultry, Inc. v. United States*, Case No. 2:03-cv-232-WCO (N.D. Ga.).

120.   Annexed hereto as Exhibit 120 is a true and correct copy of an October 6, 2005, Order of the U.S. District Court for the Northern District of Georgia in *Mar-Jac Poultry, Inc. v. United States,* Case No. 04-13926 (11th Cir.).

121.   Annexed hereto as Exhibit 121 is a true and correct copy of a June 21, 2004, Order of the U.S. District Court for the Northern District of Georgia in *Mar-Jac Poultry, Inc. v. United States*, Case No. 2:03-cv-0232-RWS (N.D. Ga.).

122.   Annexed hereto as Exhibit 122 is a true and correct copy of the transcript of a Hearing held on January 11, 2005, before the U.S. District Court for the Eastern District of Virginia, in *Unus v. Kane, et al.*, Case No. 1:04-cv-312 (E.D. Va.).

123.   Annexed hereto as Exhibit 123 is a true and correct copy of the Notice of Removal filed in *Heritage Education Trust and Safa Trust v. Katz, et al.*, Case No. 1:03-cv-01362-RMC

(D.D.C.), which contains the plaintiffs' Complaint and Jury Demand originally filed in the Superior Court of the District of Columbia (Case No. 03-0004566).

124.   Annexed hereto as Exhibit 124 is a true and correct copy of plaintiffs' Motion for Stay of Proceedings in *Heritage Education Trust and Safa Trust v. Katz, et al.*, Case No. 1:03-cv-01362-RMC (D.D.C.).

125.   Annexed hereto as Exhibit 125 is a true and correct copy of the Stipulation of Dismissal in *Heritage Education Trust and Safa Trust v. Katz, et al.*, Case No. 1:03-cv-01362-RMC (D.D.C.).


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on July 30, 2010.


_____
John Rory Eastburg