# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAR-JAC POULTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-2422 (RMC) |
| | ) | |
| RITA KATZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF M. OMAR ASHRAF**

I, M. Omar Ashraf, am the Executive Vice President with Mar-Jac Poultry, Inc. ("Mar-Jac"), a member of its Board of Directors and its Executive Committee. I have 24 years experience in the poultry business, 24 with Mar-Jac. The facts stated herein apply throughout the entire time I have been associated with Mar-Jac. I submit this Declaration in support of Mar-Jac's Opposition to Defendants' Motion For Summary Judgment.

1. Throughout all of my years of service with Mar-Jac, in all discussions with the board of directors and management there was no discussion of donating money to any entity the purpose of which was to promote or support terrorism. Mar-Jac did not conduct any financial transaction the purpose of which was to support or promote terrorism. Mar-Jac did not engage in money laundering. Mar-Jac did not provide material support to a terrorist or terrorist organization. Mar-Jac also did not conduct any financial transaction, or engage in any conduct, with any entity then listed by the Department of Treasury, Office of Foreign Assets Control, as a Specially Designated Terrorist Organization ("SDTO").

2. At the time of my deposition, July 2004, I was an officer and director of Mar-Jac. I was not a trustee of York International Trust ("York"), nor have I ever been a trustee of York. I was at all times relevant to this litigation an officer and trustee of Sterling Charitable Gift Fund ("Sterling Gift"). Throughout all of my years of service with Sterling Gift, in all discussions with the board of directors and management there was no discussion of donating money to any entity the purpose of which was to promote or support terrorism. Sterling Gift did not conduct any financial transaction the purpose of which was to support or promote terrorism. Sterling Gift did not engage in money laundering. Sterling Gift did not provide material support to a terrorist or terrorist organization. Sterling Gift also did not conduct any financial transaction, or engage in any conduct, with any entity

then listed by the Department of Treasury, Office of Foreign Assets Control, as a Specially Designated Terrorist Organization ("SDTO").

I have personal knowledge of the facts recited herein and declare under penalty of perjury that the foregoing is true and correct.

[signature]

M. Omar Ashraf

Dated: August 27, 2010.