# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAR-JAC POULTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-2422 (RMC) |
| | ) | |
| RITA KATZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MAHMOUD D. MOHAMED**

I, Mahmoud D. Mohamed, am the Vice President of Finance with Mar-Jac Poultry, Inc. ("Mar-Jac"), a member of its Board of Directors and its Executive Committee. I have 26 years experience in the poultry business, 26 with Mar-Jac. The facts stated herein apply throughout the entire time I have been employed by Mar-Jac. I submit this Declaration in support of Mar-Jac's Opposition to Defendants' Motion For Summary Judgment.

1. Throughout all of my years of service with Mar-Jac, in all discussions with the board of directors and management there was no discussion of donating money to any entity the purpose of which was to promote or support terrorism. Mar-Jac did not conduct any financial transaction the purpose of which was to support or promote terrorism. Mar-Jac did not engage in money laundering. Mar-

Jac did not provide material support to a terrorist or terrorist organization. Mar-Jac also did not conduct any financial transaction, or engage in any conduct, with any entity then listed by the Department of Treasury, Office of Foreign Assets Control, as a Specially Designated Terrorist Organization ("SDTO").

2. In March 2002 I was Vice President of Finance of Mar-Jac and present when Federal Agents executed a search warrant at the business offices of Mar-Jac seizing numerous boxes of Mar-Jac records, as well as computer files. I am personally aware that Mar-Jac was investigated by the United States Department of Justice, United States Attorneys' Office, Eastern District of Virginia based on allegations of money laundering, providing material support to terrorists and engaging in a conspiracy to defraud the IRS. I was present in 2004 in the U.S. District Court for the Northern District of Georgia, Gainesville Division when Assistant U.S. Attorney Gordon Kromberg informed Judge William C. O'Kelley that Mar-Jac either would be indicted or the subject the of forfeiture in a Racketeering Influenced Corrupt Organization ("RICO") prosecution. To my knowledge, Mar-Jac has not been indicted and will not be as the Federal investigation has concluded with no charges brought against Mar-Jac, any member of its board of directors and/or any beneficial owners.

3. The following chart identifies for the time period shown a general financial "picture" of Mar-Jac.

| Year Ending April | Total Revenue | Net Income After TAX | Total Dividends Paid | 65% to SAFA | 35% to MENA Investment, Inc. |
|---|---|---|---|---|---|
| | | | | | |
| 1995 | $135,319,518 | $495,241 | $1,000,000 | $650,000 | $350,000 |
| 1996 | $142,355,061 | $1,798,006 | $1,000,000 | $650,000 | $350,000 |
| 1997 | $102,387,758 | $3,749,009 | $8,250,000 | $5,362,500 | $2,887,500 |
| 1998 | $91,420,194 | $1,231,457 | $1,880,000 | $1,222,000 | $658,000 |
| 1999 | $117,240,641 | $7,792,138 | $4,600,000 | $2,990,000 | $1,610,000 |
| 2000 | $107,502,446 | $3,007,176 | $4,760,000 | $3,094,000 | $1,666,000 |
| 2001 | $118,660,690 | $4,011,504 | $1,500,000 | $975,000 | $525,000 |
| 2002 | $159,105,341 | $13,630,089 | $9,000,000 | $5,850,000 | $3,150,000 |
| 2003 | $156,089,683 | $8,927,808 | $3,600,000 | $2,340,000 | $1,260,000 |
| 2004 | $200,314,938 | $24,619,349 | $8,660,000 | $5,629,000 | $3,031,000 |

I have personal knowledge of the facts recited herein and declare under penalty of perjury that the foregoing is true and correct.

Mahmoud D. Mohamed

Dated: