# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAR-JAC POULTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-2422 (RMC) |
| | ) | |
| RITA KATZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF DOCTOR JAMAL BARZINJI

I, Doctor Jamal Barzinji, am the Chairman of the Board of Mar-Jac Poultry, Inc. ("Mar-Jac"). I have 26 years experience in the poultry business, 26 with Mar-Jac. The facts stated herein apply throughout the entire time I have been associated by Mar-Jac. I submit this Declaration in support of Mar-Jac's Opposition to Defendants' Motion For Summary Judgment.

1. Throughout all of my years of service with Mar-Jac, in all discussions with the board of directors and management there was no discussion of donating money to any entity the purpose of which was to promote or support terrorism. Mar-Jac did not conduct any financial transaction the purpose of which was to support or promote terrorism. Mar-Jac did not engage in money laundering. Mar-Jac did not provide material support to a terrorist or terrorist organization. Mar-Jac

also did not conduct any financial transaction, or engage in any conduct, with any entity then listed by the Department of Treasury, Office of Foreign Assets Control, as a Specially Designated Terrorist Organization ("SDTO").

2. At all times relevant to this litigation, I was a member of the board of directors and/or a trustee of Safa and IIIT. Throughout all of my years of service with Safa and IIIT, in all discussions with the board of directors and management there was no discussion of donating money to any entity the purpose of which was to promote or support terrorism. Safa and IIIT did not conduct any financial transaction the purpose of which was to support or promote terrorism. Safa and IIIT did not engage in money laundering. Safa and IIIT did not provide material support to a terrorist or terrorist organization. Safa and IIIT also did not conduct any financial transaction, or engage in any conduct, with any entity then listed by the Department of Treasury, Office of Foreign Assets Control, as a Specially Designated Terrorist Organization ("SDTO").

3. I was also a member of SAAR board of directors for twelve years, from its inception in 1983 until 1995, and a member of the board of directors of Heritage Education Trust ("Heritage") from the time of its inception until 1997. Throughout all of my years of service with SAAR and Heritage, in all discussions with the boards of directors and management there was no discussion of donating money to any entity the purpose of which was to promote or support terrorism.

terrorism. SAAR and Heritage did not conduct any financial transaction the purpose of which was to support or promote terrorism. SAAR and Heritage did not engage in money laundering. SAAR and Heritage did not provide material support to a terrorist or terrorist organization. SAAR and Heritage also did not conduct any financial transaction, or engage in any conduct, with any entity then listed by the Department of Treasury, Office of Foreign Assets Control, as a Specially Designated Terrorist Organization ("SDTO").

I have personal knowledge of the facts recited herein and declare under penalty of perjury that the foregoing is true and correct.

Dr. Jamal Barzinji

Dated: 8 · 27 · 10