# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAR-JAC POULTRY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-2422 (RMC) |
| ) | |
| RITA KATZ, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DECLARATION OF DOCTOR HISHAM AL-TALIB

I, Doctor Hisham al-Talib, previously was the Vice Chairman of the Board of Directors of Mar-Jac Poultry, Inc. ("Mar-Jac"), from 1984 to 2005. The facts stated herein apply throughout the entire time I have been associated with Mar-Jac. I submit this Declaration in support of Mar-Jac's Opposition to Defendants' Motion for Summary Judgment.

1.  Throughout all of my years of service with Mar-Jac, in all discussions with the board of directors and management there was no discussion of donating money to any entity the purpose of which was to promote or support terrorism. Mar-Jac did not conduct any financial transaction the purpose of which was to support or promote terrorism. Mar-Jac did not engage in money laundering. Mar-Jac did not provide material support to a terrorist or terrorist organization. Mar-Jac

also did not conduct any financial transaction, or engage in any conduct, with any entity then listed by the Department of Treasury, Office of Foreign Assets Control, as a Specially Designated Terrorist Organization ("SDTO").

2. At all times relevant to this litigation, and at the time of my deposition, I was an officer, director, trustee, or managing agent of each of the following entities: Safa, IIIT, and African Muslim Agency. Throughout all of my years of service with Safa, IIIT, and African Muslim Agency, in all discussions with the boards of directors and management there was no discussion of donating money to any entity the purpose of which was to promote or support terrorism. Safa, IIIT, and African Muslim Agency did not conduct any financial transaction the purpose of which was to support or promote terrorism. Safa, IIIT, and African Muslim Agency did not engage in money laundering. Safa, IIIT, and African Muslim Agency did not provide material support to a terrorist or terrorist organization. Safa, IIIT, and African Muslim Agency also did not conduct any financial transaction, or engage in any conduct, with any entity then listed by the Department of Treasury, Office of Foreign Assets Control, as a Specially Designated Terrorist Organization ("SDTO").

3. In September 1996, Mr. Rick Gross, myself and Dr. Yaqub Mirza met Special Agent David Williams, Assistant Special Agent-In-Charge, National Security Division, FBI. We offered our full cooperation in any investigation by the

FBI. S/A Williams said, "nothing has crossed my desk regarding SAAR." He also said, among other comments, that we were "OK" as long as we did not contribute to any entity or person on the SDTO or SDT lists.

4. After the meeting with S/A Williams, over the next years from time to time the FBI contacted us seeking information. Consistent with our prior representation to fully cooperate with the FBI in any investigation, I and others (Dr. Barzinji, Dr. Mirza) assisted in arranging interviews by the FBI with persons working at 555 Grove Street. Topics at those interviews included IIIT's relationship with WISE and Dr. Sami al-Arian, Safa contributions to IIIT and the research activities of IIIT.

I have personal knowledge of the facts recited herein and declare under penalty of perjury that the foregoing is true and correct.

*H. alTalib*
Dr. Hisham al-Talib

Dated:

3