# EXHIBIT I

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville
AUG 29 2003
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

**MAR-JAC POULTRY, INC.,**

**Plaintiff,**

**vs.**

**RITA KATZ, a/k/a "Sarah," a/k/a "The Terrorist Hunter"; THE SEARCH FOR INTERNATIONAL TERRORIST ENTITIES INSTITUTE a/k/a "SITE Institute"; CBS NEWS COMMUNICATIONS, INC.; and BOB SIMON,**

**Defendants.**

**Civil Action No. 2:03-CV-0092 (WCO)**

## DECLARATION OF RITA KATZ

1. My name is Rita Katz. I am a named defendant in the above-captioned litigation. I am president of the SITE Institute, Inc. ("SITE") which is also a named defendant in the above-captioned litigation. I understand that this Declaration will be submitted in support of my and SITE's Motion to Dismiss or, Alternatively, to Transfer to the District of Columbia.

2. I am the author of a book entitled the *Terrorist Hunter: The Extraordinary Story of a Woman Who Went Undercover to Infiltrate the Radical*

*Islamic Groups Operating in America.* When I initially wrote the book and had it published, I did so anonymously. On May 4, 2003 I appeared on the CBS program entitled *60 Minutes* to be interviewed about my book and my work in investigating potential terrorist activity. My features were disguised and I appeared under the pseudonym "Sarah."

3. As explained more fully in my book and in the *60 Minutes* interview, for over five years I have investigated, infiltrated (including through undercover activities) and exposed various radical Islamic groups operating in America. The *60 Minutes* program identified some of the organizations I have investigated, including plaintiff Mar-Jac Poultry, Inc. ("Mar-Jac") and others giving their address as 555 Grove Street, Herndon, Virginia. Based, in part, on my information and leads I provided to the government, a number of these groups, including Mar-Jac, have been raided by U.S. law enforcement in an ongoing investigation into whether those organizations are giving support to terrorist organizations. I have been and am a consultant to U.S. law enforcement authorities on matters related to terrorism in the United States.

4. Mar-Jac, a company based in Virginia but with a poultry farm in Georgia, has filed the Complaint against me and other defendants in this case based exclusively on my appearance in the *60 Minutes* interview. Heritage

Education Trust, the purported owner of 555 Grove Street, Herndon, Virginia, and the SAFA Trust, also located at 555 Grove Street, have also sued me in the District of Columbia (hereafter "the D.C. Action") for claims arising out of statements on *60 Minutes* and one statement in my book. See Complaint in *Heritage Education Trust et al. v. Katz, et al.*, attached hereto as Exhibit A. The D.C. Action has been removed to the federal court in D.C. (Case No. 1:03-cv-01362 (RMC)) (motion to remand pending). As I will explain, the officers of the plaintiffs in both this case and the D.C. Action are the same, the defendants are the same, the bases for suit are the same and the allegations are the same.

5. I am a resident of Maryland, where I reside with my husband and four children.

6. I have been a resident of Maryland for the past six years. I am not now nor have I ever been a resident of Georgia. I have been in Georgia only once when in 1998, I traveled through Georgia with my family en route to Florida for a vacation. I do not own any property in Georgia. Moreover, I have not (1) done or solicited business in Georgia; (2) engaged in any persistent course of conduct in Georgia; or (3) derived any revenue from goods or services used or consumed in Georgia or services rendered in Georgia.

7. SITE was incorporated in Maryland on July 8, 2002. The articles of incorporation, a copy of which is attached hereto as Exhibit B, show its principal place of business as located in Maryland, though not at the address where SITE presently operates. It is a non-profit corporation whose purpose is to educate the public on matters surrounding terrorism in the United States and worldwide. SITE's principal place of business and operations is in Maryland. All of its employees, business operations and records are at its offices in Maryland. Its bank account is in Maryland and it files its tax returns in Maryland. SITE has not at any time conducted business in Georgia. SITE does not own any property in Georgia. Moreover, SITE has not (1) done or solicited business in Georgia; (2) engaged in any persistent course of conduct in Georgia; or (3) derived any revenue from goods or services used or consumed in Georgia or services rendered in Georgia.

8. The interview for *60 Minutes* which is the basis for the claims brought in this Complaint was conducted in part at the SITE office in Maryland, as well as at a hotel in the District of Columbia and at 555 Grove Street in Herndon, Virginia. None of my interview was conducted in Georgia.

9. I gathered many of the documents and much of the information about Mar-Jac while working in Maryland. I also gathered information and documents, including regarding Mar-Jac, at the 555 Grove Street address in Virginia. I did not

Case 2:03-cv-00692-WCO Document 12 Filed 08/29/03 Page 34 of 102

have any contact with Georgia, whether by telephone, written communications or in person, in collecting information for my book, including the statements in my book about Mar-Jac, or in connection with my appearance on *60 Minutes*.

10. SITE did not exist until July 8, 2002, and had no contact with Georgia in connection with the preparation of the book.

11. My statements about Mar-Jac in the *60 Minutes* program were based upon the information and documents I had gathered before writing my book. In the *60 Minutes* program, as in my book, my focus was on Mar-Jac's corporate and business operations in Northern Virginia and not on the quality of Mar-Jac's chickens in Georgia. In particular, my focus was on the interlocking relationships of the over 100 entities, including Mar-Jac, at the same northern Virginia address, and whether those entities were providing any financial support to known terrorist groups. These relationships and suspicions about supporting terrorist groups eventually led the U.S. government to conduct raids on many of these entities, including Mar-Jac in Georgia and its offices and officers in Virginia. A copy of the transcript of the *60 Minutes* program is attached as Exhibit A to the Declaration of Adam J. Rappaport attached to the Memorandum in Support of Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue, filed by CBS News Communications, Inc. in this case.

| Name/ Personal Address | Title | Company | Corporate Address |
|---|---|---|---|
| Jamal Al-Barzinji | President | Mar-Jac Holdings, Inc. | |
| *11919 Safa Court,* | President/CEO | Mar-Jac Poultry, Inc. | 555 Grove Street, Herndon, VA |
| *Herndon, VA* | *President/Director* | *Safa Trust, Inc.* | *555 Grove Street, Herndon, VA* |
| | **President/Director** | **Mena Investments, Inc.** | |
| Dr. Yaqub Mirza | Secretary | Mar-Jac Holdings, Inc. | |
| *11922 Safa Court,* | President | Mar-Jac Investments, Inc. | 555 Grove Street, Herndon, VA |
| *Herndon, VA* | Executive VP/Secretary | Mar-Jac Poultry, Inc. | 555 Grove Street, Herndon, VA |
| | *Vice President* | *Safa Trust, Inc.* | *555 Grove Street, Herndon, VA* |
| | **VP/Secretary** | **Mena Investments, Inc.** | |
| Dr. Hisham Al-Talib | Treasurer | Mar-Jac Holdings, Inc. | |
| *11776 Stratford ,* | Treasurer | Mar-Jac Investments, Inc. | 555 Grove Street, Herndon, VA |
| *House Place #1403* | Treasurer/CFO | Mar-Jac Poultry, Inc. | 555 Grove Street, Herndon, VA |
| *Reston, VA* | *Treasurer/Director* | *Safa Trust, Inc.* | *555 Grove Street, Herndon, VA* |
| | **Treasurer** | **Mena Investments, Inc.** | |

**KEY:**
Information from Dun & Bradstreet Reports, Exhs. D, H and K hereto.
*Information in italics from Dun & Bradstreet Report, Exh. E hereto, and from 2001 IRS Form 990 for Safa Trust, Inc., Exh. F hereto.*
Information underscored is from Georgia Secretary of State website, Exh. C hereto.
**Information in bold is from Virginia State Corporation Commission Website, Exh. G hereto.**

The documents referred to in this paragraph and generally in this Declaration are publicly available through the Internet or through the relevant state agencies. I have recently confirmed that these documents continue to be publicly available.

13. As can be seen from the chart in Paragraph 12, the president and treasurer of Mar-Jac Investments are also officers of Mar-Jac Poultry, Inc. In addition, the president, secretary and treasurer of Mar-Jac Poultry, Inc. are all officers of both Mar-Jac Holdings, Inc. and Safa Trust, Inc., one of the two

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2003.

Rita Katz

Case 2:03-cv-00092-WCO Document 12 Filed 08/29/03 Page 37 of 162

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

AUG 29 2003

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

MAR-JAC POULTRY, INC.,

Plaintiff,

vs.

RITA KATZ, a/k/a "Sarah," a/k/a "The Terrorist Hunter"; THE SEARCH FOR INTERNATIONAL TERRORIST ENTITIES INSTITUTE a/k/a "SITE Institute"; CBS NEWS COMMUNICATIONS, INC.; and BOB SIMON,

Defendants.

Civil Action No. 2:03-CV-0092 (WCO)

**EXHIBITS TO DECLARATION OF RITA KATZ**

| | |
|---|---|
| Exhibit A | Complaint in *Heritage Education Trust, et al. v. Katz, et al.* |
| Exhibit B | Articles of Incorporation of SITE Institute, Inc. |
| Exhibit C | List of Corporate Officers of Mar-Jac Poultry, Inc. from Georgia Secretary of State Website (listing name, title and address of officers) (http://167.193.196.7/cgi-bin/officers.asp?CtlNum=J604006) |
| Exhibit D | D&B Report on Mar-Jac Holdings, Inc. |
| Exhibit E | D&B Report on Safa Trust, Inc. |
| Exhibit F | IRS Form 990 for 2001 for Safa Trust, Inc. |
| Exhibit G | Corporate Information on Mena Investments, Inc. from Virginia State Corporation Commission Website (http://www.state.va.us/scc) |
| Exhibit H | D&B Report on Mar-Jac Investments, Inc. |

| | |
|---|---|
| Exhibit I | Corporate Information on The Heritage Education Trust, Inc. from Virginia State Corporation Commission Website (http://www.state.va.us/scc) |
| Exhibit J | IRS Form 990 for 2001 for The Heritage Education Trust, Inc. and Application for Extension of Time to File an Exempt Organization Return |
| Exhibit K | D&B Report on Mar-Jac Poultry, Inc. |
| Exhibit L | March 20, 2002 press release of Operation Green Quest "Statement on 'Operational Green Quest' Search Warrants in Northern Virginia and Georgia", and Brochure for Operation Green Quest, and March 21, 2002 article "Terrorist Hunt Hits Poultry Processor" |
| Exhibit M | Search Warrant and Attachment B to Search Warrant |
| Exhibit N | Opposition to Motion for Return of Seized Property |