IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAR-JAC POULTRY, INC., Plaintiff, v. RITA KATZ, et al., Defendants. | ) | Case No. 03-CV-2422 (RMC) |

**DECLARATION OF DR. DARREL SUDERMAN**

I, Dr. Darrel Suderman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a food industry technology and business consultant retained by the Defendants in this action. I make this declaration in support of the Memorandum in Further Support of Defendants' Joint Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Partial Summary Judgment. I have personal knowledge of the facts contained herein.

2. I hold a B.S. and M.S. in Agriculture Education and a Ph.D. in Food Science from Kansas State University. I have more than 30 years of experience in the food industry, including 20 years in the poultry industry. I have held executive vice president and technical leadership positions in Fortune 100 and 500 companies including PepsiCo, Yum Brands, KFC, Church's Chicken, Quiznos Subs, Hinz Enterprise Solutions, Real Enterprise Solutions, and Food & Restaurant Solutions International LLC. My resume is attached as Exhibit A.

3. From 2005-2009, I was Vice President in charge of Global Research & Development and Quality Assurance, Quality Control, and Food Safety at Church's Chicken in Atlanta, GA. From 1994-1998, I worked as Senior Director of Research and Development at

Boston Market. From 1989-1994, I was Manager of Research & Development and Core Product Quality Assurance at KFC/Pepsico in Louisville, KY. While there, I participated in a project that documented KFC's poultry processes, including documenting the cost of an egg, of a day-old chick, and of a six-week-old broiler based on normal industry performance standards.

4. From 2001-2004, I worked with Hinz Enterprise Solutions, documenting the growout and slaughter processes of Golden Plump Poultry operations for the purpose of helping it determine its key performance indicators, including poultry mortality. I also have been a Foodservice Advisory Board Member for Tyson Foods and Basic American Foods, a guest lecturer on Supply Chain Management at University of Denver's Daniels Graduate Business School, and author of a graduate-level course on Manufacturing Systems. I estimate that, over the last thirty years, I have spent more than 1,000 days in poultry processing facilities.

5. I have reviewed Plaintiff's Motion for Partial Summary Judgment [dkt 188], its Statement of Material Facts as to Which There is no Genuine Dispute ("Mar-Jac SUMF") [dkt 188-2], its Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion for Summary Judgment [dkt 196], and the supporting documents filed by Mar-Jac Poultry, Inc. ("Mar-Jac"). Several of Mar-Jac's assertions conflict with my experience in the poultry industry.

6. For example, Mar-Jac claims that its bird counts are "verified by on-site government officials generating their own paper work which must match up with Mar-Jac's," Mar-Jac SUMF ¶ 15; that "[e]very bird processed at Mar-Jac's plant is accounted for and verified by the USDA's Federal Slaughter Inspection Service ('FSIS')," *id.* ¶ 44; and that "[t]he Georgia Department of Agriculture regulates and inspects the mortality records, disposal procedures, and disposal facilities of Mar-Jac and all of its independent contract pullet farms, hen farms, and broiler farms," *id.* ¶ 51.

7. In my experience, while state and federal inspectors monitor poultry processing facilities, they are responsible for the health and safety of the products rather than keeping track of the number of chickens processed in a particular facility. In my experience, no government authority independently verifies the number of chickens lost by a particular farm or processor. This data is self-reported and not, to my knowledge, independently verified by state or federal inspectors.

8. Moreover, Mar-Jac claims that "[e]very phase of Mar-Jac's production and processing of its chicken inventory is scrupulously documented," and that "[a]ll chicks are accounted for—to the chick—each day for accuracy." *Id.* ¶¶ 13, 38. It describes in detail what it says is its procedures for accounting for its poultry. In my opinion, it is impossible to know whether these claims are accurate without additional documentation.

9. I do not agree that "[t]he loss of any substantial number of chickens would immediately be detected through documentation, independent growers who are only paid for live birds, outside auditors, and government regulators." *Id.* ¶ 57. To my knowledge, neither third parties nor government regulators independently evaluate the mortality numbers submitted by poultry processors to Agri Stats. While it may be possible to contact every related third party, obtain its internal counts (if kept), tabulate them, and match them against Mar-Jac's reported numbers, this would be a substantial undertaking and in my experience is not customary in the poultry business. Mar-Jac has not provided information from third parties sufficient to ascertain the reliability of its reported numbers. Even if it had, it would be impossible to know without additional data whether every third party with whom Mar-Jac contracts kept accurate counts.

10. Mar-Jac also claims to have unusually low "mortality" rates compared with its peers in the poultry industry. *See*, *e.g.*, Memorandum of Points and Authorities in Support of

Plaintiff's Motion for Partial Summary Judgment ("Mar-Jac S.J. Br.") [Dkt 188-1] at 6, 8, 15, 16. However, the vague term "mortality" is not defined by Mar-Jac, and it may refer to one or more of several measures – for example, "Field Condemn," measuring the percentage of birds that do not pass USDA dressed carcass inspection due to sickness or defects in place prior to arrival at the plant; "Livability," measuring the percentage of birds that remain living during the "growout" period from a baby chick to a full grow broiler; or "DOA," measuring the percentage of birds lost during transportation to a poultry processor's slaughter plant. In my opinion, the truth of Mar-Jac's claims of industry-leading mortality rates is not self-evident based on the limited information Mar-Jac provided.

11. Finally, even if Mar-Jac were correct in suggesting that it "consistently had at or near the lowest mortality rates from among all of the poultry businesses reporting to Agri Stats" for every year and for every measure, it does not follow that Mar-Jac never "manipulated, overstated, or otherwise altered its records of chickens that die prior to slaughter….." Mar-Jac S.J. Br. at 8. Mortality numbers include huge variations from year to year and from facility to facility – with some reported losses two or three times higher than others – and Mar-Jac's losses in a particular year could be below average and yet still be "manipulated, overstated, or otherwise altered." In my opinion, it is impossible to know whether this is the case based on the limited information provided by Mar-Jac.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 16, 2010.

Dr. Darrel Suderman

Dr. Darrel Suderman

# Exhibit A

# DARREL SUDERMAN

*76 Sylvestor Place, Highlands Ranch, CO 80129*
*DarrelSuderman@gmail.com | 303-470-9482 H | 303-522-9648 C*

**VP | Director of R&D, Product Commercialization, Supply Chain Management** with extensive education and experience in the food industry (national restaurant chains, convenience stores, food manufacturing and supply chain consulting).

- **Engaging, influential leader by example,** who recruits, mentors and motivates diverse, cross-functional work teams to peak performance through emphasis on accountability, collaboration, and professional development.
- **Productive, process driven management** of multiple high-profile programs and research initiatives, delivering timely insights into business operations and consumer trends.
- **Respected by senior executive teams** for innovation, integrity, business acumen, and technical competence.

**CORE COMPETENCIES**

*Global Research & Development*

*Strategic Menu Development*

*Quality | Food Safety Systems*

*Manufacturing Innovation*

*Sustainable Best Practices*

*Supply Chain Optimization*

*Business Turnaround Consulting*

*Enterprise IT Implementation*

## EXPERIENCE

QUIZNOS $2 - BILLION QSR WITH 4000 LOCATIONS WORLDWIDE, DENVER, CO — 2009

**VP, International Quality Assurance**

Developed and implemented continuous quality improvement program for bread products, ready-to-eat meats, cheese, and soups. Established bread "Gold Standard" at one plant, then developed a technical research program to replicate quality across all eight plants.

CHURCH'S CHICKEN $1.3-BILLION QSR WITH 1650 LOCATIONS WORLDWIDE, Atlanta, GA — 2005-2009

**VP, Global Research & Development | Quality Assurance**

Recruited to support corporate turnaround following acquisition by private equity firm. Reported to CEO and Chief Marketing Officer. Led product, packaging, equipment, and process initiatives to improve profits and market share.

- Optimized corporate investment in research and development with an annual budget of $1.4 million.
- Mentored a staff of five, including Director of Quality Assurance and Technical Services, Manager of Research & Development (Product and Technical Services), Director of Culinary Development and Product Commercialization.
- Continually identified, evaluated, and developed capital equipment to improve cost effectiveness and quality. Credited with reducing capital equipment costs by up to 50%, $1.2 million+ per year.
- Developed and executed new menu strategy that has resulted in same store sales and profit increases for 5 consecutive years–even during '08 sharp commodity cost increases and recession.
- Oversaw R&D, QA, food safety, equipment development domestic and international project activities.
- Ensured that all new products, product improvements and cost reduction projects were successfully scaled up to full production at suppliers' manufacturing plants. Resolved production issues with suppliers for existing products. Coordinated execution of restaurant field tests for new products, cost reductions, and product improvements.
- Cultivated outstanding relationships with core suppliers, resulting in 90% annual meeting vendor sponsorship.

***Key Accomplishments:***

- Delivered $3 million in cost savings by improving quality and production processes at supplier plants.
- Created systematic program to continually evaluate product packaging, identifying cost savings and quality opportunities that identified, tested, and captured $5+ million in cost reductions during 2008 Go Lean initiative.
- Led highly successful national rollout of Spicy Bone-in Chicken, increasing sales by 10%.
- Developed and implemented a chicken sandwich rollout nationwide, boosting sales 8%. Identified menu gaps and developed new sandwich products to consistently grow the sandwich category.
- Created and launched Boneless and Bone-In Wing LTOs in 2007/08, growing sales 6-7% during each promotion.
- Led "New Products" and "Go-to-Market" Executive Process team formed by CEO. Directed new product introductions, cost reductions, and operational improvement projects. Presented project milestone updates, product rollout profitability analysis, and success criteria to Executive Team on a weekly basis.
- Identified and captured $2 million savings per year through cost reductions and QA process improvements.

## EXPERIENCE - CONTINUED

- Acted as Construction Project Manager, leading on-time, on-budget completion of a $500,000 tenant finish project, opening a 15,000 square foot R&D Center in 2007.
- ***Instrumental in growth of sales by 30% and reduced costs by more than $10 million during tenure in position.***
- ***Recognized as the company's top-performing VP of R&D / QA in company history.***

FOOD & RESTAURANT SOLUTIONS INTERNATIONAL LLC, Denver, CO 1997-2005

**Business Performance, Supply Chain Management, Operations, & Information Technology Consultant**

Targeted and landed consulting projects with Foster Farms Poultry $1 billion producer; Jennie O Turkey $750 million producer; Golden Plump Chicken - $300-million company; Johnsonville Sausage, $750-million company; E&J Gallo, a $1 billion wine producer; and Siemens, a multinational manufacturer of integrated production software systems.

- Consulted with CIOs of major food and beverage companies to develop "Real Time Manufacturing Performance Management" solutions. Identified KPIs, created integrated enterprise solutions, and produced executive reports.
- Hired by Siemens Germany and Italy to develop a sales, marketing, and business development plan for their IT manufacturing systems services in the United States food processing industry.
- Devised farm-to-fork electronic product tracking system in compliance with USDA/FDA Bioterrorism regulations.
- Created and launched a real-time Operations Performance Management System based on The Balanced Scorecard for Golden Plump Poultry (the first company in North America to market fresh fixed-weight scannable chicken).
- Authored a business plan for launch of a fresh food supply chain for BP AMOCO Oil Company's Split Second stores.
- Developed "Fresh Food Retail Express" concept for Giant Eagle retail grocer.
- Structured and managed of a Food Quality/Food Safety Supply Chain Implementation Assurance Program to ensure brand integrity, food quality standards, and customer safety throughout supply chain.

BOSTON MARKET - $1 BILLION QSR WITH 1200 STORES NATIONWIDE, Denver, CO 1994-1997

**Senior Director R&D**

Led development and deployment of corporate business strategies with projects budgets exceeding $1 million.

- Established a fresh, prepared food supply chain for a new retail concept store called "The Ultimate Boston Market".
- Partnered with a Certified Master Chef to develop several hundred fresh-prepared food products, including prepackaged soups; salads; fresh and gourmet salad bars; precooked chicken, beef, and pork products; sandwiches; artisan breads; and dessert bar; in addition to high quality Ready-to-Eat, Ready-to-Cook, and Ready-to-Heat meals.
- Created a robust food supply chain to replenish refrigerated meals to go on a 36-hour cycle.
- Initiated a "Market Fresh" precut produce and prepared sides supply chain and outsourcing program for all 1200 stores which positioned the company to remove an additional 2 labor points from store operating costs while containing food cost growth to 1 point, a net gain in operating profit of 1 point.
- Developed and deployed a patented energy-efficient, high-capacity rotisserie chicken/turkey oven that increased production capacity 33%, energy savings 40%, and saved an additional $5,000 on new store HVAC building costs.
- Conceived a Research and Development business plan for international expansion into China and Taiwan.

KENTUCKY FRIED CHICKEN | PEPSICO, Louisville, KY 1989-1994

**Manager R&D | Core Product Quality**

Led a record-setting Popcorn Chicken Project Team at KFC/PepsiCo that drove profits of $20 million during a 9-week LTO promotion, initiating a financial turnaround for Kentucky Fried Chicken. Project was recognized as the most successful product introduction in KFC's history behind Original Recipe Chicken.

## EXPERIENCE - CONTINUED

GRIFFITH LABS INTERNATIONAL, Alsip, IL 1986 - 1989
**Manager R&D | Manager of Regulatory Affairs**
Responsible for developing new products and services that Griffith salespeople could sell in addition to selling customer services. Reviewed and revised over 100 meat recipes and process specs in sales manual. Managed the HVP processing plant. Took over responsibilities as Manager of Regulatory Affairs for 6 months until accepting position at KFC.

KANSAS STATE UNIVERSITY – TOP-RANKED WORLDWIDE IN FOOD SCIENCES
**Ph.D. Food Science, Meat / Poultry / Dairy Department | M.S. & B.S. Agriculture Education**

Hold two U.S. Patents. Authored book, book chapters, and articles for scholarly and trade publications.

Additional training: Phil Cosby and Conway Quality Seminars, Cadence Project Management, Food Law, business opportunity assessment, forecasting training, plant manufacturing database and electronic batch record system training from Aspen Technologies/Infor, Siemens, and ROSS Systems.

**Foodservice Advisory Board Member** for Tyson Foods, Basic American Foods, and Surlean Meat Company.