**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAR-JAC POULTRY, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 03-2422 (RMC)** |
| **RITA KATZ, *et al.*,** | ) | |
| **Defendants.** | ) | |

# ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that defendant Bob Simon is **DISMISSED**; and it is

**FURTHER ORDERED** that the Defendants' Joint Motion for Summary Judgment [Dkt. # 186] is **GRANTED**; and it is

**FURTHER ORDERED** that CBS's Supplemental Motion for Summary Judgment [Dkt. # 187] is **DENIED** as moot; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment [Dkt. # 188] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: March 30, 2011

/s/
ROSEMARY M. COLLYER
United States District Judge