AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| MAR-JAC POULTRY, INC.,<br>Plaintiff,<br>v.<br>RITA KATZ, et al.,<br>Defendants. | )<br>)<br>)   Case No.: 03-2422 (RMC)<br>)<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/30/2011___ against ___Mar-Jac Poultry, Inc.___ ,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . *(Exh. A)* | | 17,479.58 |
| Fees and disbursements for printing . . . . . . . *(Exh. B)* . . . . . . . . . . . . . . . . . . . . . . . . . | | 455.22 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are<br>necessarily obtained for use in the case. . . . . . . . . . . . . *(Exh. C.)* . . . . . . . . . . . | | 300.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| | TOTAL   $ | 18,234.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service        [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:   *Thomas Curley* _____

Name of Attorney:  Thomas Curley, counsel for Defendant CBS Broadcasting Inc.

For:  Filed jointly on behalf of defendants CBS, Ritz Katz, SITE Institute and IG, LLC   Date: 4/20/11
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                Deputy Clerk                Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| n/a | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# DEFENDANTS' JOINT BILL OF COSTS

# EXHIBIT A

**Fees of the Court reporter for all or any part of the transcript necessarily obtained for use in the case:**

**Fees for July 2004 Depositions of**
**Hisham Al-Talib, Jamal Barzinji and Mohammad Omar Ashraf**

| | |
|---|---|
| Defendant CBS Broadcasting Inc. | $4,973.20 |
| Defendants Rita Katz, the SITE Institute, and IG, LLC | $11,394.80 |

**Fees for Court Hearings**

| | |
|---|---|
| Defendant CBS Broadcasting Inc. | $695.38 |
| Defendants Rita Katz, the SITE Institute, and IG, LLC | $ 416.20 |

Total for all defendants:   $17,479.58

00004.142

OK agt.

# MILLER REPORTING COMPANY, INC.

735 - 8th Street SE
Washington, D.C. 20003-2802
Tel. (202) 546-6666
Fax (202) 546-1602

Page 1

INVOICE NO. 19637
INVOICE DATE 07/30/04

Payable
Upon
Receipt

D-U-N-S 04-832-7464
Federal Id. #52-1935609

LEVI03
INVOICE TO LEVINE SULLIVAN KOCH &
SCHULTZ, L.L.P.
230 PARK AVENUE
SUITE 1160
NEW YORK NY 10169
ATTN: GAYLE C. SPROUL, ESQ.

MAR-JAC POULTRY, INC. v. RITA KATZ,ET AL.
C.A. 1:03-CV-02422
DEPOSITIONS

WORKSHEET: 94982

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|------|-------------|----------------|------|--------|
| 7/12-7/16/2004 | 7/12 PGS 1-369 HISHAM ALTALIB<br>7/14 PGS 1-389 JAMAL BARZINJI<br>7/15&16 PGS 1-440 MOHAMMAD OMAR<br>ASHRAF | 1198.0 | 2.25 | 2695.50 |
| | MINUSCRIPTS AND MSWORD/ASCII DISK | 4.0 | 30.00 | 120.00 |

WE APPRECIATE YOUR BUSINESS

| NON-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | INVOICE TOTAL ▼ |
|-------------|---------|-----------|------------------|-----------------|
| 2815.50 | .00 | .00 | 60.00 | 2875.50 |

Member National Shorthand Reporters Assn.

# MILLER REPORTING COMPANY, INC.

735 - 8th Street SE
Washington, D.C. 20003-2802
Tel. (202) 546-6666
Fax (202) 546-1502

Page 1

| | |
|---|---|
| INVOICE NO. | 20356 |
| INVOICE DATE | 08/31/04 |

**Payable Upon Receipt**

D-U-N-S 04-332-7464
Federal Id. #52-1195809

INVOICE TO

LEVI03
LEVINE SULLIVAN KOCH &
SCHULTZ, L.L.P.
230 PARK AVENUE
SUITE 1160
NEW YORK NY 10169
TTN: ADAM RAPPAPORT, ESQ.

USDC - COURT WRITE UP - MAR-JAC POULTRY, INC., ET AL. v. RITA KATZ, ET
AL. - CASE NO. 03-2422

WORKSHEET: 94928

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|---|---|---|---|---|
| 7/19/2004 | PAGES 1-90 | 90.0 | 1.10 | 99.00 |
| | MINUSCRIPT - 90 PAGES | 90.0 | 1.10 | 99.00 |
| | MS WORD DISK - 90 PAGES | 90.0 | .83 | 74.70 |

Ok to pay
00004,
142

e115
per invoice

WE APPRECIATE YOUR BUSINESS

| NON-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | INVOICE TOTAL ▼ |
|---|---|---|---|---|
| 272.70 | .00 | .00 | 15.00 | 287.70 |

Member National Shorthand Reporters Assn.

10/06/2004 15:56 FAX  202 861 9888      LSKS LAW DC           → GAYLE          ☑005/005
OCT-06-2004 04:23 PM   VideoLink                            202 638 0015              P.04

# VideoLink

**INVOICE**

446 11ᵗʰ Street, NW, Suite 315
Washington, D.C. 20001
202.638.0016  800.227.5200

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07.21.04 | 02612 |

**BILL TO**

Levine Sullivan Koch & Schulz
1050 17ᵗʰ Street, NW
Suite 800
Washington, D.C. 20036

| TERMS | JOB DATE | SHIP VIA | JOB NUMBER | CASE CAPTION |
|---|---|---|---|---|
| Net due upon receipt | 07.15,16,04 | FedEx | | MAR-JAC Poultry v. Rita Katz et al |

| DESCRIPTION | QTY/HRS | RATE | AMOUNT |
|---|---|---|---|
| Deposition filming of Omar Ashraf | | | |
| Copy Ordered by Gayle Sproul, Esq. | | | |
| Original Digital Tape Stock Used CD-ROM (MPEG1 format) per original tape | 6 | $125.00 | 750.00 |
| Delivery & handling | | | 20.00 |
| Location: 1500 K Street, NW Washington, D.C. | | | |
| Federal Tax ID Number 30-0012095 | | DUE | $ 770.00 |

www.videolinkast.com

*OK*
*Sue*
*4,142*
*CBS/Hartford*

10/06/2004 15:56 FAX 202 861 9888      LSKS LAW DC           → GAYLE          ☑ 004/005
OCT-06-2004 04:22 PM   VideoLink                        202 638 0013              P.03

## VideoLink

666 11ᵗʰ Street, NW, Suite 315
Washington, D.C. 20001
202.638.0010  800.227.9200

| INVOICE |
| :---: |

| INVOICE DATE | INVOICE NUMBER |
| :---: | :---: |
| 07.21.04 | 02608 |

**BILL TO**

Levine Sullivan Koch & Schulz
1050 17ᵗʰ Street, NW
Suite 800
Washington, D.C, 20036

| TERMS | JOB DATE | SHIP VIA | JOB NUMBER | CASE CAPTION |
| --- | --- | --- | --- | --- |
| Net due upon receipt | 07.14.04 | FedEx | | MAR-JAC Poultry v. Rita Katz et al |

| DESCRIPTION | QTY/HRS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Deposition filming of Jamal Barzinji | | | |
| Copy Ordered by Gayle Sproul, Esq. | | | |
| Original Digital Tape Stock Used CD-ROM (MPEG1 format) per original tape | 4 | $125.00 | 500.00 |
| Delivery & handling | | | 20.00 |
| Location: 1500 K Street, NW Washington, D.C. | | | |
| Federal Tax ID Number 30-0012095 | | **DUE** | $   520.00 |

www.videolinknet.com

OK
808
4,142
CBS/Heritage

10/06/2004 15:55 FAX  202 861 9888          LSKS LAW DC                    + GAYLE              ☑ 003/005
OCT-06-2004 04:22 PM  VideoLink                                          202 638 0013                P.02

# VIDEOLINK

**INVOICE**

666 11th Street, NW, Suite 315
Washington, D.C. 20001
202.638.0010  800.227.9200

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07.21.04 | 02604 |

**BILL TO**

Levine Sullivan Koch & Schulz
1050 17th Street, NW
Suite 800
Washington, D.C. 20036

| TERMS | JOB DATE | SHIP VIA | JOB NUMBER | CASE CAPTION |
|---|---|---|---|---|
| Net due upon receipt | 07.12.04 | FedEx | | MAR-JAC Poultry v. Rita Katz et al |

| DESCRIPTION | QTY/HRS | RATE | AMOUNT |
|---|---|---|---|
| Deposition filming of Hisham Al-Talib | | | |
| Copy Ordered by Gayle Sproul, Esq. | | | |
| | | | |
| Original Digital Tape Stock Used | | | |
| CD-ROM (MPEG1 format) per original tape | 4 | $125.00 | 500.00 |
| Delivery & handling | | | |
| Location: | | | 20.00 |
| 1500 K Street, NW | | | |
| Washington, D.C. | | | |
| | | | |
| Federal Tax ID Number 30-0012095 | | **DUE** | $  520.00 |

www.videolinknet.com

*OK*
*Bob  4.142*
*CBS/Heritage*

# MILLER REPORTING COMPANY, INC.

735 - 8th Street SE
Washington, D.C.  20003-2802
Tel. (202) 546-6666
Fax (202) 546-1502

| | |
|---|---|
| INVOICE NO. | 19635 |
| INVOICE DATE | 07/30/04 |

Payable
Upon
Receipt

Page  1

D-U-N-S  04-832-7464
Federal Id. #52-1195809

INVOICE
TO

DAVIS WRIGHT & TREMAINE
1500 K STREET, N.W.
SUITE 450
WASHINGTON DC 20005-1262
ATTN:  LAURA R. HANDMAN, ESQ.

DAV101

MAR-JAC POULTRY, INC.  v.  RITA KATZ, ET AL.
C.A. 1:03-CV-02422
DEPOSITIONS



WORKSHEET: 94982

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|---|---|---|---|---|
| 7/12-7/16/2004 | 7/12 PGS 1-369 HISHAM ALTALIB<br>7/14 PGS 1-389 JAMAL BARZINJI<br>7/15&7/16 PGS 1-440 MOHAMMAD OMAR ASHRAF<br><br>ORIGINAL AND ONE COPY OF EACH EXPEDITED DELIVERY | 1198.0 | 4.75 | 5690.50 |
| | DIFFERENTIAL FOR PAGES AFTER 6 P.M.<br>7/12 - 55 PAGES ALTALIB DEPO<br>7/14 - 40 PAGES BARZINJI DEPO<br>7/15 - 25 PAGES ASHRAF DEPO | 120.0 | 1.19 | 142.80 |
| | MINISCRIPTS AND MSWORD/ASCII DISK - NO CHARGE | | | |

**WE APPRECIATE YOUR BUSINESS**

| NON-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| 5833.30 | .00 | .00 | 45.00 | ▼ |
| | | | | 5878.30 |

MILLER REPORTING
COMPANY, INC.
735 - 8th Street SE
Washington, D.C.  20003-2802
(202) 546-6666

| | |
|---|---|
| DAVIS WRIGHT & T |
| DAV101 |

Page  1

| INVOICE DATE | INVOICE NO. |
|---|---|
| 07/30/04 | 19635 |

PLEASE RETURN
THIS PORTION
OF THE INVOICE
WITH YOUR
PAYMENT.

| INVOICE TOTAL |
|---|
| 5878.30 |

Member National Shorthand Reporters Assn.

# MILLER REPORTING COMPANY, INC.

735 - 8th Street SE
Washington, D.C.   20003-2802
Tel. (202) 546-6666
Fax (202) 546-1502

Page   1

| INVOICE NO. | 20357 |
| INVOICE DATE | 08/31/04 |

**Payable Upon Receipt**

D-U-N-S  04-632-7484
Federal Id. #52-1165809

INVOICE TO
DAV101
DAVIS WRIGHT & TREMAINE
1500 K STREET, N.W.
SUITE 450
WASHINGTON DC 20005-1262
ATTN: WENDY TANNENBAUM, ESQ.

USDC - COURT WRITE UP - MAR-JAC POULTRY, INC. V. RITA KATZ, ET AL.
CASE NO. 03-2422

WORKSHEET: 94928

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|------|-------------|---------------|------|--------|
| 7/19/2004 | PAGES 1-90 | 90.0 | 1.10 | 99.00 |

WE APPRECIATE YOUR BUSINESS

|  | | INVOICE TOTAL ▼ | | |

| NON-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | INVOICE TOTAL |
|-------------|---------|-----------|------------------|---------------|
| 99.00 | .00 | .00 | 15.00 | 114.00 |

Member National Shorthand Reporters Assn.

---

MILLER REPORTING
COMPANY, INC.
735 - 8th Street SE
Washington, D.C.   20003-2802
(202) 546-6666

DAVIS WRIGHT & T
DAV101

Page   1

| INVOICE DATE | INVOICE NO. |
| 08/31/04 | 20357 |

PLEASE RETURN
THIS PORTION
OF THE INVOICE
WITH YOUR
PAYMENT.

INVOICE TOTAL      114.00

## INVOICE

## VIDEOLINK
666 11th Street, NW, Suite 315
Washington, D.C.  20001
202.638.0010  800.227.9200

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07.21.04 | 02617 |

**BILL TO**

Davis Wright Tremaine
1500 K Street, NW, Suite 450
Washington, D.C.  20005

*OK-Go pay*
*S. Paulin*
*61840-1*

| TERMS | JOB DATE | SHIP VIA | JOB NUMBER | CASE CAPTION |
|---|---|---|---|---|
| Net due upon receipt | 07.15,16.04 | FedEx | | MAR-JAC Poultry v. Rita Katz et al |

| DESCRIPTION | QTY/HRS | RATE | AMOUNT |
|---|---|---|---|
| Deposition filming of Omar Ashraf | | | |
| First hour | | $ 295.00 | $ 295.00 |
| Each additional hour | | | |
|   (Scheduled start time 7/15- 9:30am to 6:31pm) | 8 | 95.00 | 760.00 |
|   (Scheduled start time 7/16-9:30 am to 12:54pm) | 3.5 | 95.00 | 332.50 |
| Original Digital Tape Stock Used | 6 | | |
| CD-ROM (MPEG1 format) per original tape | | 125.00 | 750.00 |
| Delivery & handling | | | 20.00 |
| Location: | | | |
| 1500 K Street, NW | | | |
| Washington, D.C. | | | |
| Federal Tax ID Number 30-0012095 | | **DUE** | $  2,157.50 |

www.videolinknet.com

INVOICE

## VIDEOLINK
666 11th Street, NW, Suite 315
Washington, D.C.  20001
202.638.0010  800.227.9200

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07.21.04 | 02605 |

**BILL TO**

Davis Wright Tremaine
1500 K Street, NW, Suite 450
Washington, D.C.  20005


*Ok to pay*
*S. Parker*
*018 40-1*

| TERMS | JOB DATE | SHIP VIA | JOB NUMBER | CASE CAPTION |
|---|---|---|---|---|
| Net due upon receipt | 07.12.04 | FedEx | | MAR-JAC Poultry v. Rita Katz et al |

| DESCRIPTION | QTY/HRS | RATE | AMOUNT |
|---|---|---|---|
| Deposition filming of Hisham Al-Talib | | | |
| First hour | | $ 295.00 | $ 295.00 |
| Each additional hour | 8.5 | 95.00 | 807.50 |
|   (Scheduled start time 10:00am to 7:17pm) | | | |
| Original Digital Tape Stock Used | 4 | | |
| CD-ROM (MPEG1 format) per original tape | | 125.00 | 500.00 |
| Delivery & handling | | | 20.00 |
| Location: | | | |
| 1500 K Street, NW | | | |
| Washington, D.C. | | | |
| Federal Tax ID Number 30-0012095 | | DUE | $  1,622.50 |

www.videolinknet.com

**INVOICE**

## VideoLink
666 11th Street, NW, Suite 315
Washington, D.C.  20001
202.638.0010  800.227.9200

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07.21.04 | 02609 |

**BILL TO**

Davis Wright Tremaine
1500 K Street, NW, Suite 450
Washington, D.C.  20005

*Ok to pay*
*S. Ponton*
*61890-1*

| TERMS | JOB DATE | SHIP VIA | JOB NUMBER | CASE CAPTION |
|---|---|---|---|---|
| Net due upon receipt | 07.14.04 | FedEx | | MAR-JAC Poultry v. Rita Katz et al |

| DESCRIPTION | QTY/HRS | RATE | AMOUNT |
|---|---|---|---|
| Deposition filming of Jamal Barzinji | | | |
| First hour | | $ 295.00 | $ 295.00 |
| Each additional hour | 8.5 | 95.00 | 807.50 |
| (Scheduled start time 9:30am to 6:51pm) | | | |
| Original Digital Tape Stock Used | 4 | | |
| CD-ROM (MPEG1 format) per original tape | | 125.00 | 500.00 |
| Delivery & handling | | | 20.00 |
| Location: | | | |
| 1500 K Street, NW | | | |
| Washington, D.C. | | | |
| Federal Tax ID Number 30-0012095 | | DUE | $ 1,622.50 |

AO 44
(Rev. 12/89) ⊕

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

## INVOICE NO. 20030123

| | |
|---|---|
| LEE LEVINE<br>LEVINE SULLIVAN & KOCH<br>1050 17TH STREET<br>SUITE 800<br>WASHINGTON, DC 20036<br>        Phone: (202)508-1100 | MAKE CHECK PAYABLE TO:<br><br>ANDY ASHLEY<br>ASHLEY REPORTING, INC.<br>1949 U.S. DISTRICT COURTHOUSE<br>75 SPRING STREET<br>ATLANTA, GA 30303-3361<br>        Phone: (404)215-1478<br><br>Tax I.D. 01-0769896 |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED    11-08-2003 | DATE COMPLETED    11-12-2003 |
|---|---|---|

2:03-CV-92, MAR-JAC vs. KATZ, ET AL
TRANSCRIPT OF HEARING BEFORE JUDGE O'KELLEY - 11/7/03      *4.1/2*

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | 51 | 0.83 | 42.33 | | | | 42.33 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Misc. Charges: | | | | | | | | | | |
| | | | | | | | | TOTAL | | 42.33 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | |
| | | | | | | TAX (If Applicable) | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT | | | | |
| | | | | | | TOTAL REFUNDED | | | | |
| | | | | | | TOTAL DUE | | | | $42.33 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example,  if an order for  expedited  transcript  is not  completed  and  delivered  within  seven  (7)  calendar  days,  payment  would  be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used  comply  with  the  requirements  of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE    11-14-2003 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed.)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _____ District of _Columbia_

## INVOICE

NUMBER

TO: Levine Sullivan Koch + Schulz L.L.P
Adam J. Rappaport
1050 Seventeenth Street NW
Suite 800
Washington DC 20036

PHONE: 202 588-1113

NOTE
MAKE CHECK PAYABLE TO:
Crystal M. Pilgrim
United States District Court
District of Columbia
333 Constitution Ave NW
PHONE: Rm 4806 A
Washington, DC 20001

fax 202 861-9888   TRANSCRIPTS          (202) 589 1166

☐ CRIMINAL   ☒ CIVIL

| DATE ORDERED | DATE DELIVERED |
|---|---|
| 3/3/04 | 3/3/04 |

IN THE MATTER OF (CASE NUMBER AND TITLE)                    CA 03-1362

Heritage Education Trust, et.al vs. Rita Katz, et.al

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 49 | 6.60 | 323.40 | 49. | 1.10 | 53.90 | 94 | .55 | 51.70 | 429.00 |
| For proceedings on (Date): Jn Feb. 27, 2004 (Ascu)   (2 emails) | | | | | | TOTAL | | | | 429.00 |
| | | | | | | LESS DISCOUNT FOR LATE | | | | — |
| | | | | | | LESS AMOUNT OF DEPOSIT | | | | — |
| | | | | | | TOTAL REFUNDED | | | | — |
| | | | | | | TOTAL DUE | | | | 429.00 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

| DATE |
|---|
| 3/4/04 |

*(All previous editions of this form are canceled and should be destroyed.)*

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO:   00000496

**MAKE CHECKS PAYABLE TO:**

Lee Levine
Levine Sullivan Koch & Schulz LLP
1050 Seventeenth Street, NW
Suite 800
Washington, DC 20036

Phone:   (202) 508-1100
FAX:     (202) 861-9888

llevine@lskslaw.com

CRYSTAL M. PILGRIM, RPR
Official Court Reporter
United States District Court
333 Constitution Ave. NW, #4704
Washington, DC 20001

Phone:   (202) 354-3127
FAX      (202) 589-1166
Tax ID:   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
crystalpilgrim@aol.com

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 05-21-2009 | 06-05-2009 |

**Case Style:** CA 03-2422, Mar-Jac Poultry, Inc., et al v Rita Katz et al.,
Transcript of status conference held on Thursday, may 21, 2009 before
Judge Collyer.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 53 | 3.65 | 193.45 | | | | | | | 193.45 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 193.45 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $193.45 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE   06-04-2009

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO: 00000669

### MAKE CHECKS PAYABLE TO:

Thomas Curley
Levine Sullivan Koch & Schulz LLP
1050 Seventeenth Street, NW
Suite 800
Washington, DC 20036

Phone:  (202) 508-1100
FAX:  (202) 861-9888

llevine@lskslaw.com

CRYSTAL M. PILGRIM, RPR
Official Court Reporter
United States District Court
333 Constitution Ave. NW, #4704
Washington, DC 20001

Phone:  (202) 354-3127
FAX  (202) 589-1166
Tax ID:  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
crystalpilgrim@aol.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 06-04-2010 | DATE DELIVERED: 06-16-2010 |
|---|---|---|---|

**Case Style:** CA 03-2422, Mar Jac Poultry v Rita Katz
Transcript of status conference held on Thursday, June 3, 2010 before
Judge Collyer.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | 34 | 0.90 | 30.60 | | | | 30.60 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 30.60 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $30.60 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 06-16-2010 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO:   00000668

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Rory Eastburg<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue NW<br>Suite 200<br>Washington, DC 20006<br><br>Phone:   (202) 973-4219<br>FAX:     (202) 973-4419<br><br>amberhusbands@dwt.com | CRYSTAL M. PILGRIM, RPR<br>Official Court Reporter<br>United States District Court<br>333 Constitution Ave. NW, #4704<br>Washington, DC 20001<br><br>Phone:   (202) 354-3127<br>FAX      (202) 589-1166<br>Tax ID:   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<br>crystalpilgrim@aol.com |

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| [X] CRIMINAL   [ ] CIVIL | 06-04-2010 | 06-16-2010 |

**Case Style:** CA 03-2422, Mar-Jac Poultry, Inc., et al v Rita Katz et al.,
Transcript of status conference hled on Thursday, June 3, 2010 before
Judge Collyer.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 34 | 4.25 | 144.50 | | | | | | | 144.50 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 144.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $144.50 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and page  format  used  comply  with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE | 06-16-2010 |
|---|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

✎ AO 44
(Rev. 7/95)

**UNITED STATES DISTRICT COURT**

For the _____ District of _Columbia_

| INVOICE | NUMBER 5104 |
|---|---|

TO: Davis Wright Tremaine LLP
Wendy W. Tannenbaum
1500 K Street, N.W. Suite 450
Washington, D.C. 20005-1262

PHONE: 202 508 6636

NOTE
**MAKE CHECK PAYABLE TO:**
Crystal M. Pilgrim
United States District Court
333 Constitution Ave. NW
Washington D.C. 20001
PHONE: 202 589 1166

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED 4/16/04 | DATE DELIVERED 5/10/04 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE) CA 03-2422 — Trust. vs. Rita Katz CA 03 1362

Mar-Jac Poultry, Inc. Pets vs. Rita Katz, Heritage Education

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 66 | 3³⁰ | 217 80 | | | | | | | 217.80 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| For proceedings on (Date): Thursday 4/15/04 | TOTAL | 217.80 |
|---|---|---|
| | LESS DISCOUNT FOR LATE | — |
| | LESS AMOUNT OF DEPOSIT | — |
| | TOTAL REFUNDED | — |
| | TOTAL DUE | 217.80 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER *[signature]* | DATE 5/10/04 |
|---|---|

*(All previous editions of this form are canceled and should be destroyed.)*

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR



AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _____ District of _Columbia_

## INVOICE

NUMBER
36504

TO: Davis Wright Tremaine LLP
Laura R. Handman
Suite 450
1500 K Street NW
Washington DC 20005-1262

PHONE: 202 508-6644   fax 202 5086699

NOTE
MAKE CHECK PAYABLE TO:
Crystal M. Pilgrim
United States District Court
District of Columbia
333 Constitution Ave NW rm 4806

PHONE: 202 5891166

### TRANSCRIPTS

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED 3/04/04 | DATE DELIVERED 3/05/04 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

CA 03-1362
Heritage Education trust vs Rita Katz et. al CA032422

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 49 | 1.10 | 53.90 | | | | 53.90 |
| Hourly | | | | | | | | | | |
| For proceedings on (Date): | | | | | | | | | TOTAL | 53.90 |

# DEFENDANTS' JOINT BILL OF COSTS

# EXHIBIT B

**Copying fees for exhibits filed with Clerk:**

Copying fees for one set of summary judgment exhibits filed with Clerk:   $151.97

Scanning all exhibits and converting to PDF to provide Clerk with CD:   $303.25

Total for all defendants:   $455.22

# Sequential, Inc.

**Copying & Printing Services**     Federal ID Number: 52-1914354     **Invoice No:** 51815     7/30/2010

| | |
|---|---|
| **Client Ref.:** | 00004.142 |
| **Date Received:** | 7/29/2010 |
| **Date Shipped:** | 7/29/2010 |

**Billed To:**

John O'Keefe
Levine Sullivan Koch & Schulz, LLP
1050 17th Street, N.W.
Suite 800
Washington, DC 20036

**Requested By:**

John O'Keefe
Levine Sullivan Koch & Schulz, LLP
1050 17th Street, N.W.
Suite 800
Washington, DC 20036

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Scan to PDF | 1400. | 1 | 1400. | $0.140 | $196.00 |
| PDF Naming | 125. | 1 | 125. | $0.250 | $31.25 |
| OCR | 1400. | 1 | 1400. | $0.040 | $56.00 |
| CD Burn | 4. | 1 | 4. | $20.000 | $80.00 |
| Copying | 1275. | 14 | 17850. | $0.075 | $1338.75 |
| Numeric Tabs - Stock & Insertion / 1-100 | 100. | 14 | 1400. | $0.250 | $350.00 |
| High Numeric Tabs - Stock & Insertion / 101-125 | 25. | 14 | 350. | $0.350 | $122.50 |
| Sequential Stock - Acetate | 4. | 14 | 56. | $0.500 | $28.00 |
| Sequential Stock - Leatherette Cover | 4. | 14 | 56. | $1.000 | $56.00 |
| Binding - GBC | 4. | 12 | 48. | $4.500 | $216.00 |
| Drill - 2-Hole at Top | 1408. | 2 | 2816. | $0.003 | $8.45 |
| Binding - Acco | 4. | 2 | 8. | $1.000 | $8.00 |

**Remark:**

4 volumes for 14 copies & scan to pdf and save to 4 cd's

| | |
|---|---|
| Subtotal: | $2,490.95 |
| Credit: | |
| Tax: | $149.46 |
| Freight: | |
| Postage: | |
| **Total:** | $2,640.41 |

**Please remit to:**
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

**Terms: 20 days net.  A late fee of 1.5% per month will be charged for past due payments.**
**For excellent quality and on time service, please call 202-293-0500**

# DEFENDANTS' JOINT BILL OF COSTS

# EXHIBIT C

**Additional copying fees (maximum of $300), per Local Rule 54.1(d)(9):**

Service copies of summary judgment exhibits

|  |  |
|---|---|
| Total for all defendants: | $300.00 |

# Sequential, Inc.

**Copying & Printing Services**   Federal ID Number: 52-1914354    **Invoice No:**  51815    7/30/2010

**Client Ref.:**   00004.142
**Date Received:**   7/29/2010
**Date Shipped:**   7/29/2010

**Billed To:**

John O'Keefe
Levine Sullivan Koch & Schulz, LLP
1050 17th Street, N.W.
Suite 800
Washington, DC 20036

**Requested By:**

John O'Keefe
Levine Sullivan Koch & Schulz, LLP
1050 17th Street, N.W.
Suite 800
Washington, DC 20036

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Scan to PDF | 1400. | 1 | 1400. | $0.140 | $196.00 |
| PDF Naming | 125. | 1 | 125. | $0.250 | $31.25 |
| OCR | 1400. | 1 | 1400. | $0.040 | $56.00 |
| CD Burn | 4. | 1 | 4. | $20.000 | $80.00 |
| Copying | 1275. | 14 | 17850. | $0.075 | $1338.75 |
| Numeric Tabs - Stock & Insertion / 1-100 | 100. | 14 | 1400. | $0.250 | $350.00 |
| High Numeric Tabs - Stock & Insertion / 101-125 | 25. | 14 | 350. | $0.350 | $122.50 |
| Sequential Stock - Acetate | 4. | 14 | 56. | $0.500 | $28.00 |
| Sequential Stock - Leatherette Cover | 4. | 14 | 56. | $1.000 | $56.00 |
| Binding - GBC | 4. | 12 | 48. | $4.500 | $216.00 |
| Drill - 2-Hole at Top | 1408. | 2 | 2816. | $0.003 | $8.45 |
| Binding - Acco | 4. | 2 | 8. | $1.000 | $8.00 |

**Remark:**
4 volumes for 14 copies & scan to pdf and save to 4 cd's

| | |
|---|---|
| Subtotal: | $2,490.95 |
| Credit: | |
| Tax: | $149.46 |
| Freight: | |
| Postage: | |
| **Total:** | $2,640.41 |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net.  A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500