IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MAR-JAC POULTRY, INC., | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) Case No. 11-7036 |
| v. | ) |
| | ) |
| RITA KATZ, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff-Appellant, Mar-Jac Poultry, Inc., by and through its undersigned counsel, hereby dismisses this appeal, with respect to CBS Broadcasting Inc., with prejudice, with each party to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: April 25, 2012

**NANCY LUQUE**
**ATTORNEY AT LAW**

/s/Nancy Luque
Nancy Luque
910 17th Street, NW, Suite 800
Washington, DC 20006
(202) 841-3472
nluque@luquelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, I caused a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to be served on the following counsel via ECF:

**Lee Levine**
LEVINE SULLIVAN KOCH &
SCHULZ LLP
1050 Seventeenth Street, NW
Suite 800
Washington, DC 20036
*Counsel for Appellee-Defendant CBS Broadcasting, Inc.*

/s/Nancy Luque
Nancy Luque
Attorney-at-Law
910 17th Street, NW, Suite 800
Washington, DC 20006
(202) 841-3472
nluque@luquelaw.com